Stephen Joncus, #013075
JONCUS LAW P.C.
13203 SE 172nd Ave Ste 166 #344
Happy Valley, Oregon 97086
(917) 236-1200
steve@joncus.net

Robert D. Popper (admitted *pro hac vice*)
Eric W. Lee (admitted *pro hac vice*)
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
rpopper@judicialwatch.org

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON
## EUGENE DIVISION

| | |
|---|---|
| JUDICIAL WATCH, INC.; CONSTITUTION PARTY OF OREGON; SUNI DANFORTH; and HANNAH SHIPMAN, <br><br> Plaintiffs, <br><br> v. <br><br> LAVONNE GRIFFIN-VALADE, in her official capacity as the Oregon Secretary of State; and THE STATE OF OREGON, <br><br> Defendants. | Civil Action No. 6: 24-cv-1783-MC |

### STIPULATED ORDER DISMISSING CASE AND
### RETAINING JURISDICTION TO ENFORCE SETTLEMENT

**WHEREAS**, the parties to this action have concluded a settlement agreement, which is

annexed hereto as an exhibit,

**IT IS THEREFORE STIPULATED AND AGREED THAT** this action is hereby dismissed with prejudice, with each party bearing its own costs and fees; and

**IT IS FURTHER STIPULATED AND AGREED THAT** the Court should, and upon its signature below does, retain and reserve its jurisdictionn over this action for the purpose of enforcing the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

**IT IS SO STIPULATED:**

Dated: April 30, 2026                                           */s/ Eric W. Lee*
                                                                        Eric W. Lee
                                                                        *Attorney for Plaintiffs*

Dated: April 30, 2026                                           */s/ Thomas H. Castelli*
                                                                        Thomas H. Castelli
                                                                        *Attorney for Defendants*

**IT IS SO ORDERED:**

Dated: _____

_____
                              U.S.D.J.