**SETTLEMENT AGREEMENT**

This settlement agreement ("Agreement"), dated and effective as of April 17, 2026, is made and entered into between Judicial Watch, Inc., the Constitution Party of Oregon, Suni Danforth, and Hannah Shipman (collectively, "Plaintiffs"); and Tobias Read, in his official capacity as Oregon's Secretary of State (the "Secretary of State") and the State of Oregon (collectively, "Defendants").  All the parties to this agreement may collectively be referred to as "the Parties."

**WHEREAS,** Plaintiffs and Defendants are the Parties to the action entitled *Judicial Watch, Inc., et al. v. Read, et al.*, currently pending before the United States District Court for the District of Oregon, Case No. 6:24-cv-1783 (the "Action").

**WHEREAS,** The Parties, share the goals of (1) protecting the integrity of the election process by implementing procedures that ensure the accuracy of voter registration through comprehensive maintenance of the official lists of registered voters, and (2) ensuring that Oregon residents are not removed from official lists of registered voters absent the procedural safeguards set forth in the National Voter Registration Act of 1993 ("NVRA").  Accordingly, the Parties have negotiated in good faith to resolve this matter on the terms set forth below with the Court retaining jurisdiction to enforce the settlement if necessary.

**WHEREAS,** The State of Oregon is subject to the requirements of the NVRA.  52 U.S.C. §§ 20502(4), 20503(b), 20507.

**WHEREAS**, The United States District Court for the District of Oregon has jurisdiction over the Action pursuant to 52 U.S.C. § 20510(b) and 28 U.S.C. §§ 1331 and 1345.  Venue is proper in this district pursuant to 28 U.S.C. § 1391(b).

**WHEREAS,** Plaintiffs brought suit under the NVRA's private right of action, 52 U.S.C. § 20510(b), and the Court has subject matter jurisdiction over Plaintiffs' claims, which arise under federal law.  28 U.S.C. § 1331.

**WHEREAS,** The Secretary of State of Oregon is its chief state election official and a proper party to the Action.  O.R.S. § 246.110; *see* 52 U.S.C. §20509.

**WHEREAS**, The NVRA was enacted "to establish procedures that will increase the number of eligible citizens who register to vote in elections for Federal office," "to make it possible for Federal, State, and local governments to implement [the NVRA] in a manner that enhances the participation of eligible citizens as voters in elections for Federal office," "to protect the integrity of the electoral process," and  "to ensure that accurate and current voter registration rolls are maintained."  52 U.S.C. § 20501(b)(1), (4).

**WHEREAS**, Section 8 of the NVRA ("Section 8") addresses state voter list maintenance procedures for elections for federal office.  52 U.S.C. § 20507.

**WHEREAS**, Section 8 provides that programs to maintain accurate and current voter registration lists must be uniform and nondiscriminatory, must comply with the Voting Rights Act, and must not remove registrants solely by reason of a registrant's failure to vote.  52 U.S.C. § 20507(b)(1), (2).

**WHEREAS**, Section 8 also requires states to conduct a general voter registration list maintenance program that makes a reasonable effort to remove persons from the voter list who have become ineligible by reason of death or a change in residence of the registrant, in accordance with procedures set forth in the NVRA.  52 U.S.C. § 20507(a)(4).

**WHEREAS**, Under Section 8(d), 52 U.S.C. § 20507(d), a registration is subject to removal from the official list of eligible voters on grounds of a change of residence if:

    (a)   the registrant fails to respond to a notice (a "Section 8(d)(2) Notice") that includes a postage prepaid and preaddressed return card sent by forwardable mail, on which the registrant may state his or her

current address, and which contains specific instructions and information set forth in 52 U.S.C. § 20507(d)(2), and

(b)  the registrant then fails to vote or appear to vote (and, if necessary, correct the registrar's record) during the period ending on the day after the second federal general election subsequent to the Section 8(d)(2) notice being sent.  52 U.S.C. § 20507(d)(1)(B) ("Section 8(d)(1)(B)").

**WHEREAS**, In 2018, the United States Supreme Court ruled that removals pursuant to Section 8(d)(1)(B) were mandatory.  *Husted v. A. Philip Randolph Inst*., 584 U.S. 756, 767 (2018) ("Not only are States allowed to remove registrants who satisfy these requirements, but federal law makes this removal mandatory." (citing 52 U.S.C. § 20507(d)(3); 52 U.S.C. § 21083(a)(4)(A))).

**WHEREAS**, The Parties agree that this action should be resolved without further litigation.

**WHEREAS**, The Parties agree to work in a fair, reasonable, and collaborative fashion under the terms of this Agreement as set forth below.

**NOW, THEREFORE**, in consideration of the mutual promises and releases set forth below, and for other good and valuable consideration, the receipt and sufficiency of which the Parties hereby acknowledge, the Parties hereby agree as follows:

### Reporting

1.    The "Selected Survey Data" as used in this Agreement means the data requested in the 2024 Election Administration and Voting Survey Instrument (attached to this Agreement) in the following survey questions, for the following time periods, for each Oregon county:

(a)  A1a, A1b, A1c, and A1d, on the date this information is provided to Plaintiffs;

(b)   A10a, A10b, A10c, A10d, A10e, and A10f, aggregated for the entire period extending back one year from the date this information is provided to Plaintiffs; and

(c)   A12a, A12b, A12c, A12d, A12e, A12f, and A12g, aggregated for the entire period extending back one year from the date this information is provided to Plaintiffs.

2.    The "Selected Inactive Registration Data" as used in this Agreement means, for each Oregon county,

(a)   the number of inactive registrants whose registrations, barring any subsequent voting or appearance to vote, are or will be subject to removal under Section 8(d)(1)(B):

(i)   on the date this data is provided to Plaintiffs,

(ii)   during the period after the November 2026 general federal elections but prior to the November 2028 general federal elections,

(iii)   during the period after the November 2028 general federal elections but prior to the November 2030 general federal elections, and

(iv)   during the period after the November 2030 general federal elections;

(b)   the number of registrations that have been continuously on the inactive list for two consecutive general federal elections; and

(c)   the number of registrations that have been continuously on the inactive list for three or more consecutive general federal elections.

3.    Defendants agree that, as necessary, they will query the counties, their own databases and information, and/or other reliable sources of information, and

4

provide to Plaintiffs both the Selected Survey Data and the Selected Inactive Registration Data (and identify the sources of that data) as set forth below:

(a) Defendants agree to provide data they submit to the Election Assistance Commission (EAC) to update or correct data submitted in response to the 2024 Election Administration and Voting Survey Instrument within 30 days of sending that data to the EAC.

(b) Upon request from Plaintiffs, Defendants agree to provide data they submit to the EAC in response to subsequent Election Administration and Voting Survey Instruments within 30 days of sending the data to the EAC or 30 days after the request, whichever is later.

(c) Upon a request from Plaintiffs made in March of an even-numbered year, Defendants agree to query the counties regarding the Selected Survey Data and to provide any responses Defendants receive to Plaintiffs.

(d) Defendants agree to provide the Selected Inactive Registration Data:

(i) sixty days after the execution of this Agreement, and,

(ii) upon request from the Plaintiffs on or after the one-year anniversary of the execution date, every year until this Agreement terminates.

4. The fact that some data is missing from the Selected Survey Data or the Selected Inactive Registration Data shall not affect Defendants' responsibility to timely provide the data that it has.

5. Defendants shall provide Oregon's publicly available voter list, as identified in ORS 247.945(4), to Plaintiffs if requested to do so during the term of the Agreement without cost.

## List Maintenance

6.      Defendants have issued Directive 2026-01, which directs county clerks to verify and process cancellations for registrations identified by the Secretary of State who (1) are in a current inactive status that meets statutory definitions under the NVRA and Oregon law, (2) received an address confirmation notice described in Section 8(d)(2) on or before June 20, 2017, and (3) failed to respond or otherwise update their registrations and did not vote in the two general federal elections following their inactivation.  The deadline for counties to verify and process cancellations is February 17, 2026.

7.      Defendants have issued, and will maintain in substantially the same form, Directive 2026-02 to ensure that an address confirmation notice consistent with Section 8(d)(2) is sent to all registrants who are designated inactive on grounds of change of residence. The deadline for counties to transition to the new uniform language is August 25, 2026.

8.      Defendants shall issue further directives, as necessary, to county clerks to ensure that any registrations eligible for removal pursuant to Section 8(d)(1)(B) are removed from the list of eligible Oregon voters as required by federal law.

## Enforcement

9.      Plaintiffs may make reasonable requests for records, via limited, non-burdensome, relatively infrequent means, including (but not limited to) requests to counsel for the following specific documents:

(a)   Records related to data or information entered by Oregon counties into the Oregon Computerized Voter Registration System (OVCR) related to data described in paragraphs 1 or 2 above,

(b)   Records related to any Oregon county that fails to send confirmation notices or make removals,

(c)  Records related to data supplied pursuant to paragraph 3 above, or

(d)  Records related to changes to, our perceived defects with, existing programs, activities, procedures, manuals, guidance, advisory opinions, or training materials, intended to facilitate compliance with the requirements of Section 8 of the NVRA.

### Other provisions

10.  The Parties to this Agreement must employ best efforts to defend it against any legal challenge by non-parties.

11.  This Parties' obligations under this Agreement shall remain in effect and its terms shall remain enforceable upon all Parties through a date that is 5 years plus 90 days after the date the Agreement becomes effective, on which date the Agreement will terminate automatically unless the Parties mutually agree to extend it or the Court determines that Defendants has not substantially complied with its terms.

12.  The Parties agree to work cooperatively to ensure that the Court shall dismiss this action with prejudice, and retain jurisdiction over this action to enter such further relief as may be necessary to effectuate the terms of this Agreement.

13.  The Parties agree that by April 30, 2026, they will submit to the Court for its signature and approval a stipulated order in substantially the form attached as Exhibit 1, dismissing this Action with prejudice but retaining the Court's jurisdiction to enforce this Agreement if necessary.

14.  Defendants shall pay all court costs and fees, as required by the Court.

15.  The signatories to this Agreement represent that they are authorized to execute and bind themselves or their respective organizations or agencies to this Agreement.

16. This Agreement is a compromise of disputed claims, and nothing contained in this Agreement shall be construed to be an admission of fault or liability on the part of any Party.

17. No party shall be deemed the drafter of this Agreement.

18. Except for claims to enforce the terms of this Agreement, and in consideration of the mutual promises set forth in this Agreement:

(a) Plaintiffs hereby release and discharge Defendants and each of its predecessors-in-interest, successors-in-interest, divisions, subsidiaries (whether wholly, partially or indirectly owned), co-venturers, affiliates under common ownership, executors, heirs, administrators, parents, officers, managers, shareholders, directors, employees, insurers, attorneys, agents and each of their respective successors and assigns from any and all liabilities, actions, claims, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bills, covenants, contracts, controversies, agreements, obligations, promises, acts, costs, expenses (including, but not limited to, reasonable attorneys' fees), damages, judgments and demands, contingent or vested, in law or equity, Plaintiffs ever had or now have against Defendants, from the beginning of the world through the effective date of this agreement; *provided*, that nothing herein shall be construed to bar a lawsuit regarding failures to comply with the NVRA by particular Oregon counties or by Defendants that post-date the effective date of this Agreement; and

(b) Defendants hereby releases and discharges Plaintiffs and each of their predecessors-in-interest, successors-in-interest, divisions, subsidiaries (whether wholly, partially or indirectly owned), co-venturers, affiliates under common ownership, executors, heirs,

8

administrators, parents, officers, managers, shareholders, directors, employees, insurers, attorneys, agents and each of their respective successors and assigns from any and all liabilities, actions, claims, causes of action, suits, debts, dues, sums of money, accounts, reckonings, bills, covenants, contracts, controversies, agreements, obligations, promises, acts, costs, expenses (including, but not limited to, reasonable attorneys' fees), damages, judgments and demands, contingent or vested, in law or equity, Defendants ever had or now has against the Plaintiffs, from the beginning of the world through the effective date of this agreement.

**Accepted and Agreed:**

**Judicial Watch, Inc.**

By:_____    Date:_4/27/2026_
Robert D. Popper
Attorney for Plaintiff Judicial Watch, Inc.

**The Constitution Party of Oregon**

By:_____    Date:_4/27/2026_
Robert D. Popper
Attorney for Plaintiff the Constitution Party of Oregon

**Suni Danforth,**

By:_____    Date:_4/27/2026_
Robert D. Popper
Attorney for Plaintiff Suni Danforth

[signatures continue on next page]

**Hannah Shipman**

By: _____     Date: 4/27/2026

Robert D. Popper
Attorney for Plaintiff Hannah Shipman

**Defendant Tobias Read, in his official capacity as
Oregon Secretary of State**

By: _____     Date:  4/24/2026 

Michael Kaplan
Deputy Secretary of State

10



# U.S. ELECTION ASSISTANCE COMMISSION (EAC)

## 2024 Election Administration and Voting Survey (EAVS)

The ongoing process of improving the United States' election systems relies in part on having accurate data about the way Americans cast their ballots. In 2002, Congress chartered the U.S. Election Assistance Commission (EAC) to collect information on the state of American elections and to make that information widely available to policymakers, advocates, scholars, journalists, and the general public. Since 2004, the EAC has sponsored a biennial survey as its primary tool for fulfilling its information collection mission. We are pleased to present the 2024 Election Administration and Voting Survey (EAVS), and we ask for your help in making it the most complete and accurate survey in its history.

The questions in this survey ask for information about ballots cast, voter registration, overseas and military voting, mail voting, Election Day activities, voting technology, and other important issues.

> The section concerning the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) serves as the EAC's standardized format for states' reporting of their UOCAVA voting information as required by 52 U.S.C. §20302. States that complete and timely submit this section to the EAC will fulfill their UOCAVA reporting requirement under 52 U.S.C. §20302(c).
>
> Additionally, the EAC is mandated by the National Voter Registration Act (NVRA) to collect information from states concerning the impact of the statute on the administration of federal elections. With this information, the EAC is required to make a report to Congress and to provide recommendations for the improvement of federal and state procedures, forms, and other NVRA matters. States that respond in a timely manner to all questions in this survey concerning voter registration-related matters will meet their NVRA reporting requirements under 52 U.S.C. §20508 and EAC regulations.

The EAC recognizes the burden that asking for these data places on state and local election officials, and we have worked to minimize that burden as much as possible. In advance, we thank you for your cooperation and look forward to answering any questions you might have.

Information supplied by:

| Name | Title |
|---|---|
| Office/Agency Name | |
| Email Address | |

# Table of Contents

Instructions for Completing the 2024 Election Administration and Voting Survey ...............................1

Section A: Voter Registration..............................................................................................................2

   Total Registrations: Questions A1 and A2 ......................................................................................3

     A1. Total Number of Registered and Eligible Persons: Active and Inactive.....................................4

     A2. Total Number of Same-Day Voter Registrations .....................................................................5

   Registration Transactions Processed: Questions A3–A9 .................................................................6

     A3. Total Registration Transactions Processed: 2022 to 2024 ........................................................6

     A4–A9. Total Registration Transactions Processed by Source: 2022 to 2024...............................8

   Voter Registration List Maintenance: Questions A10–A13................................................................ 11

     A10. Total Confirmation Notices Sent to Voters: 2022 to 2024...................................................... 11

     A11. Reasons for Sending Confirmation Notices to Voters: 2022 to 2024 .................................. 13

     A12. Total Voters Removed From the Registration Rolls: 2022 to 2024..................................... 14

     A13. Voter Registration Records Merged or Linked: 2022 to 2024.............................................. 15

Section B: Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA)..................................... 16

   Registered and Eligible UOCAVA Voters: Question B1.................................................................. 18

     B1. Total Registered and Eligible UOCAVA Voters ..................................................................... 18

   FPCAs Received, Accepted, and Rejected: Questions B2–B4 ........................................................ 19

     B2. Federal Post Card Applications Received ............................................................................... 19

     B3. Federal Post Card Applications Rejected ............................................................................... 20

     B4. Federal Post Card Applications Rejected Because They Were Received Late ........................ 20

   UOCAVA Ballots Transmitted: Questions B5–B10 ........................................................................ 21

     B5–B10. UOCAVA Ballots Transmitted to Voters: Postal Mail, Email, Fax, Online, or Other Mode21

   UOCAVA Ballots Returned: Questions B11–B17 .......................................................................... 22

     B11–B16. Transmitted Ballots Returned by Voters: Postal Mail, Email, Fax, Online, or Other Mode
..................................................................................................................................................... 22

     B17: Ballots Returned Undeliverable.......................................................................................... 24

   UOCAVA Ballots Counted: Questions B18–B23............................................................................. 25

     B18–B23. Transmitted Ballots Counted: Postal Mail, Email, Fax, Online, or Other Mode ........... 25

   UOCAVA Ballots Rejected: Questions B24–B28 ............................................................................. 27

     B24–B28. Total Number of UOCAVA Ballots Rejected and Reasons for Rejection ....................... 27

   Federal Write-In Absentee Ballots: Questions B29–B33 ................................................................. 28

     B29–B33. Federal Write-In Absentee Ballots Received, Counted, and Rejected.......................... 28

**Section C: Mail Voting** ................................................................................................ 29

Transmitted Mail Ballots: Questions C1–C2 ........................................................... 30

C1. Total Mail Ballots Transmitted ...................................................................... 30

C2. Ballots Sent to Permanent Mail Voters ......................................................... 31

Mail Ballots Returned by Voters: Questions C3–C9 ................................................ 32

C3–C5. Mail Ballot Drop Boxes ........................................................................... 32

C6. Total Number of Mail Ballots Returned via Drop Boxes ................................ 33

C7. Mail Ballot Curing.......................................................................................... 33

C8. Total Number of Mail Ballots Returned and Counted .................................. 34

C9. Number of Mail Ballots Rejected by Reason They Were Rejected ................ 35

**Section D: In-Person Polling Operations**.................................................................... 36

Precincts and Polling Places: Questions D1–D4 ...................................................... 36

D1. Total Number of Precincts ............................................................................ 36

D2–D4. Number of Physical Polling Places (Election Day and Early Voting) ...... 37

Poll Workers: Questions D5–D9 ............................................................................... 38

D5–D6. Election Day and Early Voting Poll Workers........................................... 38

D7. Total Number of Poll Workers and Ages of the Poll Workers....................... 39

D8. Ease of Recruiting Poll Workers..................................................................... 39

D9. Number of New Poll Workers........................................................................ 40

**Section E: Provisional Voting**.................................................................................... 41

Provisional Ballots Cast: Questions E1–E2 .............................................................. 42

E1. Total Provisional Ballots Submitted and Their Adjudication ........................ 42

E2. Reasons for Casting Provisional Ballots......................................................... 43

Provisional Ballots Rejected: Question E3 .............................................................. 44

E3. Reasons for Provisional Ballot Rejections...................................................... 44

**Section F: Voter Participation and Election Technologies** ....................................... 45

Participation in the 2024 General Election: Questions F1–F2................................. 45

F1. Total Participation in the 2024 General Election........................................... 46

F2. Source of Data for Total Participation in the 2024 General Election ............ 47

Election Technologies: Questions F3–F10................................................................ 48

F3–F8. Election Equipment Used............................................................................ 48

F9–F10. Use of Electronic and Paper Poll Books.................................................... 53

Voter Registration Systems: Question F11 ........................................................................................ 54

   F11. Use of Voter Registration Systems ...................................................................................... 54

Location of Vote Tally: Question F12 ................................................................................................. 55

   F12. Location Where Votes Were Tallied .................................................................................... 55

   F13. General Comments .......................................................................................................... 56

## Instructions for Completing the 2024 Election Administration and Voting Survey

1. This survey collects information on election administration issues in local election offices that are responsible for the administration of the November 2024 general election. <u>All data should be reported at the local jurisdiction level</u>. However, the state- or territorial-level election office may fill out any or all of the information on behalf of the local election offices under its jurisdiction.

2. <u>Read each section in its entirety</u> before answering any of the questions in the section, paying close attention to terminology definitions and instructions about what data should be included for each question.

3. <u>Do not leave any items blank</u>. Always provide an answer to the question. If needed, use responses, such as "Data not available" or "Does not apply" (if you do not have the necessary data to provide an answer to a question), or use the "Other" category for a question (if you have additional data to report that is not covered by one of the existing categories in a question).

4. Please attempt to <u>record data according to the categories as they are defined in the question</u>. If your local jurisdiction uses a different data classification scheme (for instance, your jurisdiction collects data in such a way that combines two or more categories listed in a question), then you can use the space for "Other" to provide numbers and details for these categories. If you report information in the "Other" field, please use the comment box to provide an explanation for the answer.

5. <u>Use the comment boxes as needed to provide additional context and nuance to the data you report</u>. This includes any explanations about the quality of the data you are providing. These comments will assist the EAC in analyzing and presenting your data accurately. All comments you provide will be made public when the survey data are released, and the information submitted in your comments may be published in the EAVS Comprehensive Report and in other research products released by the EAC. Because these comments will be public, they should be written so they are understandable to readers who are not familiar with your state's election policy and practices. Comments should not include any sensitive or personally identifiable information (PII), and any acronyms in your comments should be explained.

## Section A: Voter Registration

The goal of Section A is to understand the ways in which individuals registered to vote in each jurisdiction between 2022 and 2024 and the efforts made to remove individuals who should no longer be registered to vote in your jurisdiction.

This section of the EAVS asks for four types of data:

1. How many individuals were registered and eligible to vote for the 2024 general election?
2. How many voter registration transactions were processed between the close of registration for the 2022 general election and the close of registration for the 2024 general election?
3. How many confirmation notices did your jurisdiction send to registered voters between the close of registration for the 2022 general election and the close of registration for the 2024 general election?
4. How many voter registration records were removed from the voter registration rolls between the close of registration for the 2022 general election and the close of registration for the 2024 general election?

> The EAC is mandated by the National Voter Registration Act (NVRA) to collect information from states concerning the impact of the statute on the administration of federal elections. With this information, the EAC is required to make a report to Congress and to provide recommendations for the improvement of federal and state procedures, forms, and other NVRA matters. States that respond in a timely manner to all questions in this survey concerning voter registration-related matters will meet their NVRA reporting requirements under 52 U.S.C. §20508 and EAC

When completing this section, please keep these important definitions in mind:

Registration transaction: A unit of work performed to a voter registration record within a voter registration database. Transactions may involve adding a new registration record, updating the record of an existing registered voter (such as updating the voter's name, contact information, or address), or removing a record if the individual is no longer an eligible voter in your jurisdiction. Multiple transactions may be performed on one voter registration record during the period between the close of registration for the 2022 general election and the close of registration for the 2024 general election. In addition, when a voter moves between jurisdictions, it may trigger registration transactions in the jurisdiction the voter was previously registered as well as in the jurisdiction that the voter is newly registered.

Automatic registration program: A program that automatically registers eligible voters whenever they interact with government agencies (e.g., departments of motor vehicles) or a program in which eligible voters are given the option to register to vote electronically whenever they interact with government agencies.

Confirmation notice: A notice mailed to a voter to confirm changes made to their information in a database of registered voters. The notice may request that the voter take an action to confirm that the information contained in the notice is accurate. Some of these notices are sent pursuant to NVRA Section 8 (d) (1) (B) and Section 8 (d) (2). States that are exempt from the NVRA requirements may send confirmation notices for other reasons, and some states that send confirmation notices pursuant to NVRA may have additional confirmation notice programs mandated by state law. Some

states may refer to these notices as "removal notices"; a removal notice should be reported only if it meets the criteria established above. Examples of situations in which confirmation notices may be sent include an indication that the registrant no longer resides in the registrar's jurisdiction, the voter has not voted or appeared to vote in a federal election for a certain number of elections, or the voter may have received a criminal conviction that makes them ineligible to vote under your state's law.

---

### Answer All Questions

**Please provide an answer to all of the items in Section A.**

- <u>If the question is not applicable to your state or jurisdiction</u>, enter "Does not apply" (or "-88") as your response.
  - o <u>Example</u>: If your state or jurisdiction does not categorize registered voters as inactive, then enter "Does not apply" (or "-88") as your response to question A1c.

- <u>If the question is applicable to your state but your jurisdiction does not have the data necessary to answer the question</u>, enter "Data not available" (or "-99") as your response.
  - o <u>Example</u>: If your state or jurisdiction has same-day registration (SDR) but does not track the number of SDRs received on Election Day separately from those received before Election Day, then enter "Data not available" (or "-99") as your response to A2b and A2c.

---

## Total Registrations: Questions A1 and A2

Questions A1 and A2 ask about individuals who were registered and eligible to vote in the 2024 general election. <u>This includes all individuals who were registered to vote and who were included on the final voter registration rolls for the election</u>. For states with Election Day voter registration, include all individuals who registered to vote through the close of the polls on Election Day.

Please <u>do not</u> include:

- Individuals who registered to vote after the close of registration for the 2024 general election and who were not eligible to vote in the 2024 general election,
- Individuals whose applications to register to vote were not processed in time for them to be eligible to vote in the 2024 general election; or
- Individuals registered to vote under a pre-registration program but who were not yet eligible to vote in the 2024 general election under your state's law.

If your jurisdiction's total number includes any special groups or situations that we should be aware of, please use the A1 Comments box to explain.

[Survey begins on next page]

### A1. Total Number of Registered and Eligible Persons: Active and Inactive

For question A1, report the total number of people (not votes or ballots) who were registered and eligible to vote in the November 2024 general election. If your jurisdiction differentiates between active and inactive voters, report the number of active voters in A1b and inactive voters in A1c. If your state does not make this differentiation, report the total number of registered voters again in A1b and enter "Does not apply" (or "-88") as the response to A1c and A1d. If your state or jurisdiction has other categories of registered and eligible voters aside from active and inactive voters, list them in A1d; otherwise, report "Does not apply" (or "-88") as the response to A1d. The sum of A1b, A1c, and A1d should equal the total number of registered voters reported in A1a.

| Type of Registered Voter | Total |
|---|---|
| A1a. TOTAL number of registered and eligible voters:<br><br>Do not include individuals who registered to vote after the 2024 deadline for registration, individuals whose registration applications were not processed in time for them to vote in the 2024 general election, or individuals who registered under a pre-registration program but were not yet eligible to vote in the 2024 general election. | |
| A1b. TOTAL number of active voters:<br><br>Fully eligible voters who had no additional processing requirements to fulfill before voting. | |
| A1c. TOTAL number of inactive voters:<br><br>Voters who were eligible to vote but required address verification under the provisions of the NVRA. | |
| A1d. TOTAL number of other registered and eligible voters (please describe): _____<br><br>If your state or jurisdiction had another type of registered and eligible voter aside from active and inactive (such as provisionally registered voters, voters whose registration applications are still being processed, or voters whose registration status is pending), report them here. | |
| A1 Comments: | |

[Survey continues on next page]

## A2. Total Number of Same-Day Voter Registrations

For question A2, report the number of individuals who registered to vote through same-day registration (SDR) or Election Day registration (EDR) for the 2024 general election. Individuals who registered to vote through one of the following methods should be included in your responses to this question:

- Individuals who registered to vote on the same day that they cast a ballot in person, either on Election Day or before Election Day.
- Individuals who registered to vote in person (either at an election office or at a polling place) and received a mail ballot on the same day that they registered, either on Election Day or before Election Day.
- Individuals who registered to vote on the same day that they cast a ballot due to special circumstances in your state law (e.g., individuals who voted for federal offices only, or individuals who moved between states after a registration deadline in a presidential election year), either on Election Day or before Election Day.

A period of overlap between the mail balloting period and the close of voter registration should not be considered SDR or EDR for the purposes of this question, unless the individual's registration circumstances fall into one of the categories described above. States that offer SDR or EDR should have provided information about their relevant policy in Q11–Q11b of the 2024 Policy Survey.

Note that this question is about *individuals who registered to vote* and not ballots cast or votes. Both new registrations and registration updates that were collected through SDR or EDR should be reported in this question.

Report the total number of individuals who registered through SDR or EDR in the November 2024 general election in A2a. For questions A2b and A2c, separate the total number reported in A2a into individuals who registered on Election Day and individuals who registered before Election Day. These amounts should sum to the total provided in A2a. If you are unable to distinguish between these categories or are unable to provide this breakdown, complete A2a and enter "Data not available" (or "-99") for A2b–A2c. If data are reported in A2b and A2c, the sum of these two items should equal the total number of SDRs and EDRs reported in A2a.

| Type of Same-Day Registration | Total |
|---|---|
| A2a. TOTAL same-day registrations or Election Day registrations received | |
| A2b. Same-day registrations received on Election Day | |
| A2c. Same-day registrations received before Election Day (e.g., during early voting) | |
| A2 Comments: | |

[Survey continues on next page]

## Registration Transactions Processed: Questions A3–A9

These questions ask about the number of registration transactions processed in your jurisdiction from the close of registration for the November 2022 general election through the close of registration for the November 2024 general election. For example, a state with a voter registration deadline of 15 days before Election Day should include all transactions received 14 days before the 2022 Election Day through 15 days before the 2024 Election Day. In states with SDR or EDR, all registrations received after the close of the polls on Election Day in 2022 until the close of the polls on Election Day 2024 should be included in your answers.

> For EAVS, a registration transaction is defined as a unit of work performed to a voter registration record within a voter registration database. Transactions may involve adding a new registration record, updating the record of an existing registered voter (such as updating the voter's name, contact information, or address), or removing a record if the individual is no longer an eligible voter. Multiple transactions may be performed on one voter registration record during the period between the close of registration for the 2022 general election and the close of registration for the 2024 general election. In addition, when a voter moves between jurisdictions, it may trigger registration transactions in the jurisdiction that the voter was previously registered as well as in the jurisdiction that the voter is newly registered.

If your state or jurisdiction tracks registrations at the *application* or *form* level, not at the transaction level, please report your data as registration applications or forms and make note of this in the A3 Comments box and in the A4–A9 Comments box.

### A3. Total Registration Transactions Processed: 2022 to 2024

For question A3a, report the total number of registration transactions your jurisdiction processed from all sources between the close of registration for the November 2022 general election and the close of registration for the November 2024 general election. Include any transactions that were processed, such as changes to name, political party, or address; duplicates; or pre-registrations. If applicable, also include any SDRs or EDRs and any registrations from special categories of voters who may have had an extended voter registration deadline, such as returning military personnel. Then, divide the total number of transactions received (A3a) into the categories listed in A3b through A3f. Use items A3g–A3i for any registration forms that cannot be placed into any of the categories specified in A3b through A3f.

SDRs, EDRs, and special category voter registrations should be included in the appropriate category (e.g., new valid registration or updates to existing valid registrations).

If a registration transaction involves a registered voter moving out of your jurisdiction to another jurisdiction (either within your state or to a different state), that is considered an update to an existing valid registration that is reported in A3e. If a voter who was previously registered in another jurisdiction in your state moves into your jurisdiction, that is considered a new valid registration that is reported in A3b.

[Survey continues on next page]

| Type of Registration Transaction Received | Total |
|---|---|
| A3a. <u>TOTAL registration transactions received</u>:<br><br>All registration transactions received between the close of registration for the November 2022 general election and the close of registration for the November 2024 general election. | |
| A3b. <u>New valid registrations</u> (excluding pre-registrations of people under the age of 18):<br><br>All successful registration transactions that were not invalidated or rejected and did not duplicate or modify a previously existing registration in the jurisdiction. | |
| A3c. <u>New valid pre-registrations of people under the age of 18</u>:<br><br>Individuals who registered under a pre-registration program and were not yet eligible to vote in the 2024 general election under your state's law. When a pre-registered individual becomes eligible to vote, this transaction should be reported in A3b. Invalid pre-registrations should be reported in A3f. | |
| A3d. <u>Duplicates of existing valid registrations</u>:<br><br>Registration transactions submitted by persons already registered to vote at the same address, under the same name and personal information (e.g., date of birth, social security number, driver's license), and with the same political party (where applicable). | |
| A3e. <u>Updates to existing valid registrations</u>:<br><br>Registration transactions that modified or edited voter information for individuals with a current, valid registration in the jurisdiction. Examples of updates include a change to the individual's name, contact information, address (either within the same jurisdiction or an address change that crossed jurisdiction borders), or political party (where applicable). | |
| A3f. <u>Invalid or rejected transactions (other than duplicates)</u>:<br><br>Transactions that did not meet the requirements of eligibility because they were not completed properly, or the individual was not eligible to register to vote in your jurisdiction. | |
| A3g. <u>Other:</u> _____ | |
| A3h. <u>Other:</u> _____ | |
| A3i. <u>Other:</u> _____ | |
| **A3 Comments:** | |

[Survey continues on next page]

### A4–A9. Total Registration Transactions Processed by Source: 2022 to 2024

For question A4, divide the total number of voter registration transactions reported in question A3a into the listed sources through which the transaction was received. Then, for new valid registration transactions (A3b and A3c), duplicate registration transactions (A3d), transactions that updated existing registration records (A3e), invalid or rejected registration transactions (A3f), and other types of registration transactions (A3g, A3h, and A3i), divide the total number of transactions into the listed categories through which the transaction was received. Questions A5 through A9 are mutually exclusive.

Questions A6 and A7 are mutually exclusive—duplicate registrations included in A6 should not be included as invalid or rejected registrations in A7 and vice versa.

For subitems a–n, it is important to focus on the mode used to submit the registration transaction. These modes are intended to be mutually exclusive. For example, if an individual submits a registration transaction online using a public-facing online registration portal that is maintained by the state or jurisdiction election office, this should be reported in the "c" subitems (i.e., individual voters who submitted transactions via a public-facing online registration system) in these questions. However, if the state public assistance office maintains its own online voter registration site separate from the site maintained by the state election office, then a registration transaction submitted by an individual using the public assistance office online portal should be reported in the "f" subitems in these questions.

When reporting transactions received online, only include registration transactions that were completed and submitted through an online voter registration system. A transaction that was filled out online but submitted via email or printed and submitted via mail should be included under the "a" subitems (i.e., individual voters who submitted transactions by mail, fax, or email).

SDRs and EDRs, if applicable in your state or jurisdiction, should be categorized according to the mode used to submit the registration transaction. For example, if a voter submitted an SDR transaction at an election/registrar's office, it should be reported in the "b" subitems. If a voter submitted an SDR transaction at a polling place, it should be reported in the "k" subitems.

> For EAVS, an automatic registration program is defined as a program that automatically registers eligible voters whenever they interact with government agencies (e.g., departments of motor vehicles) or a program in which eligible voters are given the option to register to vote electronically whenever they interact with government agencies. States that use an automatic registration program should have provided information on this program in Q8–Q8a of the 2024 Policy Survey.

If a voter registration mode is not offered in your state, report "Does not apply" (or "-88"). For instance, if automatic voter registration is not available in your state, report "Does not apply" in A4d, A5d, A6d, A7d, A8d, and A9d. If a registration mode is offered but you do not have sufficient data to report how many transactions were received through the registration mode, report "Data not available" (or "-99") for the relevant items.

[See next page]

A4a through A4n: Divide the total number of all registration transactions received (as reported in A3a) into the following sources.
A5a through A5n: Divide the total number of new valid registration transactions received (as reported in A3b + A3c) into the following sources.
A6a through A6n: Divide the total number of duplicates of existing valid registrations (as reported in A3d) into the following sources.
A7a through A7n: Divide the total number of updates to existing valid registrations (as reported in A3e) received into the following sources.
A8a through A8n: Divide the total number of invalid or rejected registration forms (as reported in A3f) received into the following sources.
A9a through A9n: Divide the total number of other types of registration transactions (as reported in A3g + A3h + A3i) received into the following sources.

| | A4. Total registration transactions | A5. New valid registrations | A6. Duplicates of existing valid registrations | A7. Updates to existing valid registrations | A8. Invalid or rejected registrations | A9. Other types of registrations |
|---|---|---|---|---|---|---|
| Registration Source | Total of A4 items should sum to A3a | Total of A5 items should sum to A3b + A3c | Total of A6 items should sum to A3d | Total of A7 items should sum to A3e | Total of A8 items should sum to A3f | Total of A9 items should sum to A3g + A3h + A3i |
| a. Individual voters who submitted transactions by mail, fax, or email | | | | | | |
| b. Individual voters who registered in person at the election/registrar's office | | | | | | |
| c. Individual voters who submitted transactions via a public-facing online registration system maintained by the state or jurisdiction election office (excluding online registration systems specific to one of the government agencies listed below) | | | | | | |
| d. Registration transactions received through an automatic registration program | | | | | | |
| e. Motor vehicles offices or other offices that issue driver's licenses (excluding automatic registration programs) | | | | | | |

| Registration Source | A4. Total registration transactions | A5. New valid registrations | A6. Duplicates of existing valid registrations | A7. Updates to existing valid registrations | A8. Invalid or rejected registrations | A9. Other types of registrations |
|---|---|---|---|---|---|---|
| | Total of A4 items should sum to **A3a** | Total of A5 items should sum to **A3b + A3c** | Total of A6 items should sum to **A3d** | Total of A7 items should sum to **A3e** | Total of A8 items should sum to **A3f** | Total of A9 items should sum to **A3g + A3h + A3i** |
| f. Public assistance offices mandated as registration sites under NVRA (excluding automatic registration programs) | | | | | | |
| g. State-funded agencies primarily serving persons with disabilities (excluding automatic registration programs) | | | | | | |
| h. Armed forces recruitment offices | | | | | | |
| i. Other agencies designated by the state not mandated by NVRA (excluding automatic registration programs) | | | | | | |
| j. Registration drives from advocacy groups or political parties | | | | | | |
| k. Polling places and voting sites | | | | | | |
| l. Other: _____ | | | | | | |
| m. Other: _____ | | | | | | |
| n. Other: _____ | | | | | | |
| A4–A9 Comments: | | | | | | |

## Voter Registration List Maintenance: Questions A10–A13

These questions ask about efforts conducted between the close of registration for the November 2022 general election and the close of registration for the November 2024 general election to ensure voter registration rolls are maintained and updated by periodically canceling registrations for individuals who are no longer eligible voters.

> For EAVS, a <u>confirmation notice</u> is defined as a notice mailed to a voter to confirm changes made to their information in a database of registered voters. The notice may request that the voter take an action to confirm that the information contained in the notice is accurate. Some of these notices are sent pursuant to NVRA Section 8 (d) (1) (B) and Section 8 (d) (2). States that are exempt from NVRA requirements may send confirmation notices for other reasons, and some states that send confirmation notices pursuant to NVRA may have additional confirmation notice programs mandated by state law. Some states may refer to these notices as "removal notices"; removal notices should be reported only if they meet the criteria established above.
>
> Examples of situations in which confirmation notices may be sent include an indication that the registrant no longer resides in the registrar's jurisdiction, the voter has not voted or appeared to vote in a federal election for a certain number of elections, or the voter may have received a criminal conviction that makes them ineligible to vote under your state's law. States that use confirmation notices should have provided information about their relevant policy in Q18–Q18a of the 2024 Policy Survey.

### A10. Total Confirmation Notices Sent to Voters: 2022 to 2024

<u>For question A10a, report the total number of confirmation notices sent to voters in the period between the close of registration for the November 2022 general election and the close of registration for the November 2024 general election</u>. This total should include confirmation notices sent for any reason, including those sent pursuant to NVRA, those sent because of state law, or those sent because of your state's participation in an interstate data-sharing compact.

Next, for questions A10b–A10f, divide the total number of confirmation notices mailed (as reported in A10a) into the listed outcome categories. Use items A10g–A10i for notices that cannot be placed into any of the outcome categories specified in A10b–A10f. The amounts reported in A10b–A10i should sum to the total provided in A10a.

[Survey continues on next page]

| Outcome of Confirmation Notice | Total |
|---|---|
| A10a. <u>TOTAL number of confirmation notices sent to registered voters</u>:<br><br>The total number of registration confirmation notices sent to voters during the time period between the close of registration for the November 2022 general election through the close of registration for the November 2024 general election. | |
| A10b. <u>Notices received back from voter confirming registration with no address change</u>:<br><br>The total number of notices returned that confirmed an individual was still eligible to vote in the jurisdiction at the address listed on the individual's voter records. | |
| A10c. <u>Notices received back from voters confirming registration with an updated address</u>:<br><br>The total number of notices returned that confirmed that the individual was still eligible to vote in the jurisdiction but provided an updated address. | |
| A10d. <u>Notices received back confirming registration should be invalidated</u>:<br><br>The total number of notices returned that confirmed an individual was no longer eligible to vote in the jurisdiction or no longer wanted to be registered to vote. | |
| A10e. <u>Notices returned back as undeliverable</u>:<br><br>The total number of notices returned to the election office because the U.S. Postal Service (USPS) could not deliver the notice to the voter. | |
| A10f. <u>Unreturned confirmation notices (neither received back from voters nor returned as undeliverable)</u>:<br><br>Any notice that was sent to a voter but was not received back confirming registration (A10b and A10c), confirming invalidation (A10d), or returned as undeliverable (A10e). | |
| A10g. <u>Other</u>: _____ | |
| A10h. <u>Other</u>: _____ | |
| A10i. <u>Other</u>: _____ | |
| **A10 Comments:** | |

[Survey continues on next page]

## A11. Reasons for Sending Confirmation Notices to Voters: 2022 to 2024

For question A11, report the number of confirmation notices sent to voters between the close of registration for the November 2022 general election and the close of registration for the November 2024 general election (as reported in A10a) divided according to the primary reason the confirmation notice was sent. Use items A11l–A11n for notices that cannot be placed into any of the categories specified in A11a–A11k. The amounts reported in A11a–A11n should sum to the total provided in A10a.

Report confirmation notices according to the primary reason they were sent. If a confirmation notice was sent for multiple reasons, report it in one of the "other" items in A11l–A11n with a description of the reasons.

If your state does not send confirmation notices for one of the listed reasons—for instance, if voters are not removed from the registration rolls for receiving a disqualifying criminal conviction or for being incarcerated—then report "Does not apply" (or "-88") for the item.

| Reason for Sending Confirmation Notice | Total |
|---|---|
| A11a. Mail sent by the election office to the voter was returned as undeliverable by the USPS | |
| A11b. Voter may have moved from the address listed in their voter record (including voters who may have moved from the jurisdiction in which they were registered). Include notifications from National Change of Address (NCOA) reports. | |
| A11c. Voter failed to vote in the two most recent federal general elections. | |
| A11d. Voter may have received a disqualifying criminal conviction or may have been incarcerated and disqualified from voting. | |
| A11e. Voter requested to be removed from the registration rolls. | |
| A11f. Voter may have been declared incompetent to vote under state law. | |
| A11g. Voter may be deceased. | |
| A11h. Voter surrendered their state driver's license and obtained a new license in a different state. | |
| A11i. Voter had not made contact (as defined by state statute) with the election office in the prescribed period. | |
| A11j. Confirmation notice was sent as part of a routine mailing to all registered voters. | |
| A11k. Voter may have a duplicate voter registration record. | |
| A11l. Other: _____ | |
| A11m. Other: _____ | |
| A11n. Other: _____ | |
| A11 Comments: | |

### A12. Total Voters Removed From the Registration Rolls: 2022 to 2024

For question A12a, report the total number of voter registration records removed from the voter registration rolls in your jurisdiction in the period between the close of registration for the November 2022 general election and the close of registration for the November 2024 general election. Note that this question asks for records removed from the list of registered voters, not those moved to an "inactive" registration status or those merged with another record. Records that were merged with other voter registration records should be reported in A13a.

Next, for questions A12b–A12h, divide the total number of record removals (as reported in A12a) into the listed reason for removal categories. Use items A12i–A12k for removals that cannot be placed into any of the categories specified in A12b–A12h. The amounts in A12b–A12k should sum to the total provided in A12a.

| Reason for Removal | Total |
|---|---|
| A12a. <u>TOTAL number of voter registration records removed from the voter registration rolls</u>:<br><br>Include only those records that were completely removed from the list of registered voters, not records that were moved to an inactive list or that were merged with other records. | |
| A12b. Voter <u>moved outside of jurisdiction.</u> | |
| A12c. <u>Voter is deceased.</u> | |
| A12d. <u>Voter was disqualified from voting because of a disqualifying criminal conviction or incarceration.</u> | |
| A12e. <u>Voter failed to respond to a sent confirmation notice and failed to vote in the two most recent federal elections.</u> | |
| A12f. <u>Voter was declared incompetent to vote under state law.</u> | |
| A12g. <u>Voter requested to be removed from the registration rolls for reasons other than those listed above.</u> | |
| A12h. <u>Duplicate voter registration record</u><br><br>Report only duplicate records that were entirely removed from the voter registration database, not those that were merged with another registration record. Merged records should be reported in A13a. | |
| A12i. <u>Other:</u> _____ | |
| A12j. <u>Other:</u> _____ | |
| A12k. <u>Other:</u> _____ | |
| **A12 Comments:** | |

[Survey continues on next page]

### A13. Voter Registration Records Merged or Linked: 2022 to 2024

<u>For question A13a, report the total number of voter registration records that were merged or linked with other records because they were duplicates</u>. Do not report records that were moved to an inactive status or records that were entirely removed from the voter registration database.

Report the total number of records that were merged or linked with another record, but do not count the record that remains in the system. For instance, if two duplicate voter registration records were merged or linked together, this should be counted as one merged/linked record. If three duplicate voter registration records were merged into one record or linked together, this should be counted as two merged/linked records.

If your jurisdiction does not track this data, report "Data not available" (or "-99"). If your jurisdiction does not merge or link duplicative voter registration records, report "Does not apply" (or "-88").

| Total Number of Merged or Linked Voter Registration Records | Total |
|---|---|
| A13a. <u>TOTAL number of voter registration records that were merged or linked with another record</u><br><br>Report only registration records that were merged or linked with another record because the records were duplicates. Records that were entirely removed from the voter registration database because they were duplicates should be reported in A12h. | |
| A13 Comments: | |

[Survey continues on next page]

## Section B: Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA)

The goal of Section B is to understand the voters covered under the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) in your jurisdiction. The questions in this section of the survey reflect the need to fully understand the UOCAVA voting process, which serves an important population segment of the American electorate. This section of the EAVS asks for five types of data:

1. How many individuals were registered and eligible to vote in 2024 as a UOCAVA voter?
2. How many Federal Post Card Applications (FPCA) were received by the election office, how many were accepted, and how many were rejected?
3. How many ballots were transmitted to and returned by UOCAVA voters?
4. How many ballots returned by UOCAVA voters were counted and how many were rejected?
5. How many Federal Write-In Absentee Ballots (FWAB) were received and how many were rejected or accepted?

### Types of UOCAVA Voters

UOCAVA serves several populations of U.S. citizens. Below are the UOCAVA voter categories that are listed on the FPCA and how they correspond to the voter-type categories that are in this section of the survey:

| | |
|---|---|
| Uniformed Services voters—domestic or foreign | I am a member of the Uniformed Services or U.S. Merchant Marine on active duty. **OR** I am an eligible spouse or dependent of a member of the Uniformed Services. |
| Non-military/civilian overseas voter | I am a U.S. citizen residing outside of the United States, and I intend to return. I am a U.S. citizen residing outside of the United States, and my return is not certain. I am a U.S. citizen and have never resided in the United States. |

It is very important to remember that <u>the spouse or dependents of a Uniformed Services member or member of the U.S. Merchant Marine are also considered a Uniformed Services voter under UOCAVA</u>. Military spouses and dependents should be categorized as Uniformed Services voters, *not* as civilian overseas voters or "Other."

There is a federal definition of UOCAVA, and an individual who registers and requests an absentee ballot using an FPCA is covered by UOCAVA. However, your state may cover additional individuals under UOCAVA; for example, a National Guard member activated on state orders is often considered a UOCAVA voter under state law. Your state may also allow people to request UOCAVA status using a state form or another mechanism. For most of Section B, use your state's definition of UOCAVA to

answer the questions. For the questions that specifically ask about FPCAs, only report data on those voters covered by UOCAVA who submitted an FPCA.

> For 2024, Section B includes the Federal Voting Assistance Program (FVAP) Post-Election Voting Survey of Local Election Officials. In 2014, the EAC incorporated these questions for states that report UOCAVA voting information as required by 42 U.S.C. §1973ff-1. States that complete and timely submit this section to the EAC will fulfill their UOCAVA reporting requirement under 42 U.S.C §1973ff-1(c).
>
> Pursuant to UOCAVA, this section collects various data elements needed to determine (1) the combined number of absentee ballots transmitted to UOCAVA voters; (2) the combined number of ballots returned by UOCAVA voters; and (3) the combined number of returned ballots cast by UOCAVA voters (the number of cast ballots is practically determined by collecting data concerning the total votes counted and rejected).

### Types of UOCAVA Absentee Ballots

Section B asks about two types of absentee ballots:

<u>Transmitted ballots</u>: These are ballots that your office sent to voters, including ballots sent via postal mail, email, fax, or other modes.

<u>Federal Write-In Absentee Ballots (FWAB)</u>: These are ballots that originated from UOCAVA voters who did not receive their requested or transmitted absentee ballots in time. On the FWAB, the voter lists each office and the name or the candidate or party for whom the voter is casting a vote. FWABs should not be reported with transmitted UOCAVA absentee ballots; they are instead reported in questions B29–B33. If your state or jurisdiction cannot separate FWABs from regular UOCAVA ballots, this should be noted in the comment boxes for questions B5–B28.

> ### Answer All Questions
>
> <u>**Please provide an answer to all of the items in Section B**</u>.
>
> - <u>If the question is not applicable to your state or jurisdiction</u>, enter "Does not apply" (or "-88") as your response.
>   - <u>Example</u>: If your state does not transmit UOCAVA absentee ballots by email, then enter "Does not apply" (or "-88") as your response to questions B7a–B7c.
> - <u>If the question is applicable to your state but your jurisdiction does not have the data necessary to answer the question</u>, enter "Data not available" (or "-99") as your response.
>   - <u>Example</u>: If your state rejects UOCAVA ballots that do not have a postmark but does not track data on the number of ballots that were rejected for that reason, then enter "Data not available" (or "-99") as the response to questions B27a–B27c.

## Registered and Eligible UOCAVA Voters: Question B1

This question asks about the number of registered voters covered under UOCAVA for the 2024 general election.

States may differ in how they grant UOCAVA status to voters, so please apply the guidelines your state follows.

- For some states, this may be the total number of voters who registered and requested a ballot using an FPCA for the November 2024 general election.
- For other states, this number might also include voters who did not register using an FPCA but identified themselves as a UOCAVA voter at some point during the voting process, such as on a state voter registration form or by having a non-U.S. mailing address.

In states where a person's FPCA remains valid across elections without requiring a new FPCA or other notification, include all UOCAVA voters who returned an FPCA in 2024 or who continued to have UOCAVA status from a previous request.

### B1. Total Registered and Eligible UOCAVA Voters

For question B1a, report the total number of registered and eligible voters in your jurisdiction who were covered by UOCAVA in the November 2024 general election.

For questions B1b and B1c, separate the number of registered and eligible voters reported in B1a into the categories of Uniformed Services voters and non-military/civilian overseas voters. These amounts should sum to the total provided in B1a. If you are unable to distinguish between different UOCAVA voter types, complete B1a and enter "Data not available" (or "-99") for B1b–B1c.

Provide any comments about the nuances of how your jurisdiction categorizes registered UOCAVA voters in the B1 Comments box.

| Category of UOCAVA Voters | Total |
|---|---|
| B1a. TOTAL registered and eligible UOCAVA voters:<br><br>Report the total number of registered and eligible voters covered under UOCAVA for the November 2024 general election. Include active and inactive voters and any persons who might have registered as UOCAVA before or on Election Day.<br><br>If the total number of registered and eligible voters who were covered by UOCAVA in the November 2024 general election in your jurisdiction is zero, report "0" for B1a. | |
| B1b. Total registered and eligible Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | |
| B1c. Total registered and eligible non-military/civilian overseas voters | |
| B1 Comments: | |

## FPCAs Received, Accepted, and Rejected: Questions B2–B4

These questions ask about Federal Post Card Applications (FPCA), which are federal forms that states are required to process for voters covered by UOCAVA. For this question, focus on the total number of UOCAVA-registered voters provided in B1a and identify how many voters used an FPCA to register and request an absentee ballot.

### B2. Federal Post Card Applications Received

For B2a, report the total number of FPCAs received from UOCAVA voters for the November 2024 general election.

Next, for questions B2b–B2c, separate the total number of FPCAs received from UOCAVA voters into the categories of Uniformed Services voters and non-military/civilian voters. These amounts should sum to the total provided in B2a.

| FPCAs Received From UOCAVA Voters | Total |
|---|---|
| B2a. TOTAL Federal Post Card Applications (FPCA) from UOCAVA voters:<br><br>Include any ballot request for the November 2024 general election that originated from an FPCA, regardless of the year of submission. Only include FPCA requests; do not include absentee ballot requests that originated from a state absentee voter registration form or other source. | |
| B2b. TOTAL FPCAs from Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | |
| B2c. TOTAL FPCAs from non-military/civilian overseas voters | |
| B2 Comments: | |

[Survey continues on next page]

## B3. Federal Post Card Applications Rejected

For question B3a, report the total number of rejected FPCAs from UOCAVA voters. Rejected FPCAs should include any forms that did not meet full eligibility requirements for triggering the transmission of a blank UOCAVA ballot. Reasons for rejection might include missing information, lack of a signature, a missed deadline, or overall ineligibility.

For questions B3b–B3c, divide the total number of rejected FPCAs into the categories of Uniformed Services voters and non-military/civilian voters. These amounts should sum to the total provided in B3a.

| FPCAs Rejected | Total |
|---|---|
| B3a. TOTAL rejected Federal Post Card Applications (FPCA) from all UOCAVA voters: <br><br> Include any rejected FPCA for the November 2024 general election, regardless of the year of submission. Only include FPCA requests; do not include absentee ballot requests that originated from a state absentee voter registration form or other source. | |
| B3b. Rejected FPCAs received from Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | |
| B3c. Rejected FPCAs received from non-military/civilian overseas voters | |
| B3 Comments: | |

## B4. Federal Post Card Applications Rejected Because They Were Received Late

For question B4, report how many of the rejected FPCAs for the 2024 general election (as reported in B3a) were rejected because they were received late. FPCAs might be considered late if they were received back after the deadline or if they failed to meet the deadline for receiving any ballot for the 2024 general election. Here, "deadline" refers to the last day a UOCAVA voter could request to receive an absentee ballot using an FPCA.

| Reason for FPCA Rejection | Total |
|---|---|
| B4a. TOTAL rejected FPCAs because they were received late: <br><br> Of the total number of FPCAs that were rejected (as reported in B3a), how many were rejected because the election office received them after the absentee ballot request deadline?" | |
| B4 Comments: | |

[Survey continues on next page]

## UOCAVA Ballots Transmitted: Questions B5–B10

A transmitted ballot is any blank ballot that your office sent to a UOCAVA voter, including ballots sent to voters via postal mail, email, fax, or other modes. *Do not include FWABs or other ballots not transmitted from the election office to the voter.*

### B5–B10. UOCAVA Ballots Transmitted to Voters: Postal Mail, Email, Fax, Online, or Other Mode

For B5a, report the total number of blank absentee ballots transmitted (sent by your office) to UOCAVA voters for the November 2024 general election, and then divide the total number of transmitted UOCAVA ballots that were reported in B5a into Uniformed Services (B5b) and non-military/civilian overseas voters (B5c). All transmitted UOCAVA ballots, including duplicate transmissions, should be reported in these questions. If the total number of UOCAVA ballots transmitted is zero, report "0" for B5a and skip to question B29. *FWABs should not be included in these questions; you will report data on FWABs starting with question B29.*

For questions B6–B10, report how many blank UOCAVA absentee ballots your jurisdiction *transmitted* to UOCAVA voters via postal mail (B6), email (B7), fax (B8), online (B9), and other modes (B10). These questions refer to the way ballots were *sent* to voters, not the way ballots were *requested* or *returned*. The amounts reported in B6a, B7a, B8a, B9a, and B10a should sum to what was reported in B5a (this also applies to the b and c subitems in these questions). In addition, the amounts reported in B5b and B5c should sum to what was reported in B5a (this also applies to the b and c subitems in questions B6–B10).

| Mode of Transmission | a. Total | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | c. Non-military/civilian overseas voters |
|---|---|---|---|
| | | Type of UOCAVA Voter | |
| B5. TOTAL absentee ballots transmitted to UOCAVA voters: *Do not include FWABs in this number.* | | | |
| B6. Postal mail: Report the total number of absentee ballots transmitted by postal mail, using USPS or any private courier shipping services (e.g., FedEx, UPS, DHL). | | | |
| B7. Email: Report the total number of absentee ballots transmitted via email attachment from your office to voters. | | | |

|  | Type of UOCAVA Voter | | |
|---|---|---|---|
| Mode of Transmission | a. Total | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | c. Non-military/civilian overseas voters |
| B8. Fax:<br><br>Report the total number of absentee ballots transmitted via fax. | | | |
| B9. Online:<br><br>Report the total number of absentee ballots transmitted via an online ballot delivery portal. | | | |
| B10. Other mode:<br><br>Report the total number of absentee ballots transmitted by other methods. | | | |
| B5–B10 Comments: | | | |

## UOCAVA Ballots Returned: Questions B11–B17

### B11–B16. Transmitted Ballots Returned by Voters: Postal Mail, Email, Fax, Online, or Other Mode

For these questions, report how many UOCAVA absentee ballots were returned for the November 2024 general election. For question B11, please report the total number of ballots that were returned by voters for the 2024 general election out of all UOCAVA ballots transmitted to voters (as reported in B5a). *FWABs should not be included in these questions; you will report data on FWABs starting with question B29.*

Returned ballots include all ballots returned by the voter to the election office, regardless of whether or not those ballots were ultimately counted. Duplicate ballot returns should be included in these questions; if your state cannot track duplicate ballot returns, please note this in the B11–B16 Comments box.

Next, for questions B12–B16, divide the total number of UOCAVA absentee ballots received by the election office (as reported in B11) into the categories of types of voters and modes of return. These amounts should sum to the total provided in B11.

[Survey continues on next page]

| Mode of Return | Type of UOCAVA Voter | | |
| --- | --- | --- | --- |
| | a. Total | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | c. Non-military/civilian overseas voters |
| B11. TOTAL absentee ballots returned: Of all the UOCAVA ballots transmitted to voters as reported in B5a, report the total number of ballots that were returned by voters to your office for the 2024 general election. *Do not include FWABs in this number.* | | | |
| B12. Postal mail: Of all the UOCAVA ballots returned (B11a), report the total number of ballots that were returned by postal mail. This includes all ballots that your office received via the USPS or private courier shipping services (e.g., FedEx, UPS, DHL). | | | |
| B13. Email: Of all the UOCAVA ballots returned (B11a), report the total number of ballots that were returned by email. This includes all ballots that you received via email attachment from a voter. | | | |
| B14. Fax: Of all the UOCAVA ballots returned (B11a), report the total number of ballots that were returned via fax. | | | |
| B15. Online: Of all the UOCAVA ballots returned (B11a), report the total number of ballots that were returned via an online ballot delivery portal. | | | |

| Mode of Return | Type of UOCAVA Voter | | |
|---|---|---|---|
| | a. Total | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | c. Non-military/civilian overseas voters |
| B16. Other mode:<br><br>Of all the UOCAVA ballots returned (B11a), report the total number of ballots that were returned through other methods. | | | |
| B11–B16 Comments: | | | |

## B17: Ballots Returned Undeliverable

For question B17, please report the total number of blank ballots transmitted to voters (as reported in B5a) that were returned as undeliverable, in total and by mode of transmission. This includes ballots returned by postal mail as undeliverable (B17b), ballots for which the email to the voter bounced back and could not be used (B17c), ballots for which there was a bad fax number (B17d), ballots which could not successfully be delivered online via a ballot delivery portal (B17e), and ballots that were undeliverable by other modes (B17f).

| Mode of Return | TOTAL Ballots Returned Undeliverable by Mode of Transmission |
|---|---|
| B17a. TOTAL ballots returned undeliverable:<br><br>Ballots that were returned, regardless of the mode by which they were transmitted, and could not be delivered to the voter. | |
| B17b. Postal mail undeliverable | |
| B17c. Email undeliverable | |
| B17d. Fax undeliverable | |
| B17e. Online undeliverable | |
| B17f. Other mode undeliverable | |
| B17 Comments: | |

[Survey continues on next page]

## UOCAVA Ballots Counted: Questions B18–B23

### B18–B23. Transmitted Ballots Counted: Postal Mail, Email, Fax, Online, or Other Mode

For these questions, report how many returned UOCAVA absentee ballots were counted for the November 2024 general election. For question B18, out of all the UOCAVA ballots returned by voters (as reported in B11a), report the total number of ballots that were counted by your office for the 2024 general election. *FWABs should not be included in these questions; you will report data on FWABs starting with question B29.*

Next, for questions B19–B23, divide the total number of UOCAVA absentee ballots counted (as reported in B18a) into the categories of types of voters and modes of return.

| Mode of Return | Type of UOCAVA Voter | | |
| --- | --- | --- | --- |
| | a. Total | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | c. Non-military/civilian overseas voters |
| B18. TOTAL:<br><br>Of all the UOCAVA ballots returned by voters as reported in B11a, report the total number of ballots that were counted by your office for the 2024 general election. *Do not include FWABs in this number.* | | | |
| B19. Postal mail:<br><br>Report the total number of UOCAVA ballots returned by postal mail that were counted by your office for the 2024 general election. This includes all ballots that your office received via the USPS or private courier shipping services (e.g., FedEx, UPS, DHL). | | | |
| B20. Email:<br><br>Report the total number of UOCAVA ballots returned by email that were counted by your office for the 2024 general election. This includes all ballots that you received via email attachment from a voter. | | | |
| B21. Fax:<br><br>Report the total number of UOCAVA ballots returned by fax that were counted by your office for the 2024 general election. | | | |
| B22. Online:<br><br>Report the total number of UOCAVA ballots returned online via a ballot delivery portal that were counted by your office for the 2024 general election. | | | |

| Mode of Return | Type of UOCAVA Voter | | |
|---|---|---|---|
| | a. Total | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)— domestic or foreign | c. Non-military/civilian overseas voters |
| B23. Other mode: Report the total number of UOCAVA ballots returned through other methods that were counted by your office for the 2024 general election. | | | |
| B18–B23 Comments: | | | |

[Survey continues on next page]

## UOCAVA Ballots Rejected: Questions B24–B28

### B24–B28. Total Number of UOCAVA Ballots Rejected and Reasons for Rejection

For questions B24a–B24c, report the total number of transmitted UOCAVA ballots that were returned by voters and were rejected. *FWABs should not be included in these questions; you will report data on FWABs starting with question B29.*

For questions B25–B28, divide the total number of rejections by the reason the ballot was rejected and the type of voter. For example, for question B26, report the total number of ballots that were rejected because of a signature problem (B26a) and then divide that total by ballots returned by Uniformed Services voters (B26b) and by non-military/civilian overseas voters (B26c).

| Reason for Rejection | Type of UOCAVA Voter | | |
| --- | --- | --- | --- |
| | a. Total | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)— domestic or foreign | c. Non-military/civilian overseas voters |
| B24. TOTAL ballots rejected: Rejected ballots include any ballot that was not counted, regardless of the reason the ballot was rejected. *Do not include FWABs in this number.* | | | |
| B25. Ballots not received on time/missed deadline: Ballots that were not counted because they were received after the deadline for a ballot to be received for counting. | | | |
| B26. Problem with voter signature: Ballots that were not counted because of an issue relating to the voter signature, including but not limited to a missing signature or a returned ballot signature that did not match the signature on file. | | | |
| B27. Ballots lacking a postmark: Ballots that were not counted because they lacked the postmark required by your state or jurisdiction, despite being received before the deadline for being included for counting. Report "Does not apply" (or "-88") if your state does not reject UOCAVA ballots for lacking a postmark. | | | |
| B28. Other: _____ | | | |
| B24–B28 Comments: | | | |

## Federal Write-In Absentee Ballots: Questions B29–B33

### B29–B33. Federal Write-In Absentee Ballots Received, Counted, and Rejected

For questions B29–B33, report the total number of Federal Write-In Absentee Ballots (FWAB) received, counted, and rejected from UOCAVA voters for the following types of UOCAVA voters.

| FWAB Outcome | Type of UOCAVA Voter | | |
|---|---|---|---|
| | a. TOTAL number of FWABs | b. Uniformed Services voters (members of the Uniformed Services and their eligible dependents)—domestic or foreign | c. Non-military/civilian overseas voters |
| B29. TOTAL number of FWABs returned by UOCAVA voters | | | |
| B30. TOTAL number of FWABs counted | | | |
| B31. Total number of FWABs rejected because they were received after the ballot receipt deadline: <br><br> Of the total number of FWABs received and rejected, report the number of FWABs that were rejected or not counted because they were received after the state's deadline for receiving and accepting FWABs. | | | |
| B32. Total number of FWABs rejected because the voter's regular absentee ballot was received and counted: <br><br> Of the total number of FWABs received and rejected, report the number of FWABs that were rejected or not counted because the voter also returned an absentee ballot that you had transmitted to the voter. | | | |
| B33. Total number of FWABs rejected for other reasons (please describe): _____ | | | |
| **B29–B33 Comments:** | | | |

[Survey continues on next page]

## Section C: Mail Voting

Section C asks about mail voting, in which a ballot is mailed to a voter (or, in some cases, issued over the counter at an election office or made available to the voter via a web portal or by fax) and the voter marks the ballot and returns it by mail, in a drop box, or in person at a polling place or election office. For purposes of the EAVS, "mail voting" is synonymous with "absentee voting." The EAVS no longer uses the term "absentee voting" in recognition of the fact that a majority of states no longer require a voter to be absent from their voting location in order to cast a ballot by mail.

This section of the EAVS asks for six types of data:

1. How many mail ballots were transmitted to voters in the 2024 general election?
2. How many mail ballots were transmitted to permanent mail voters in the 2024 general election?
3. How many mail-ballot drop boxes were used in the 2024 general election, and how many mail ballots were returned via these drop boxes?
4. How many mail ballots were successfully cured by voters for the 2024 general election?
5. How many mail ballots were accepted and how many mail ballots were rejected in the 2024 general election?
6. For what reasons were mail ballots rejected in the 2024 general election?

When reporting data on mail voting, include duplicate ballot transmissions (such as when a voter misplaces their mail ballot and requests a replacement) and duplicate ballot returns (such as when a voter submits multiple mail ballots, even though only one ballot is ultimately counted). If your state cannot track duplicate ballot transmissions or returns, note that information in the survey comments.

---

When responding to questions in Section C, do not include any individuals who voted using any form of in-person voting, including in-person absentee voting. For the purpose of the EAVS, in-person absentee voters are considered early voters. In addition, do not include any individuals who voted using a UOCAVA absentee ballot or FWAB. Information on these voters is reported in Section B.

---

### Answer All Questions

**Please provide an answer to all of the items in Section C.**

- If the question is not applicable to your state or jurisdiction, enter "Does not apply" (or "-88") as your response.

  - Example: If your state does not have permanent mail voters, then enter "Does not apply" (or "-88") as the response to question C2a.

- If the question is applicable to your state but your jurisdiction does not have the data necessary to answer the question, enter "Data not available" (or "-99") as your response.

  - Example: If your state rejects mail ballots for not having a witness signature but does not track data on the number of mail ballots that were rejected for that reason, then enter "Data not available" (or "-99") as your response to question C9d.

---

## Transmitted Mail Ballots: Questions C1–C2

Transmitted mail ballots are mail ballots that your office sent to voters, including ballots sent to voters via postal mail, email, fax, or other modes. <u>Do not include ballots mailed to UOCAVA voters</u>.

### C1. Total Mail Ballots Transmitted

<u>For question C1, report the total number of mail ballots transmitted to voters for the November 2024 general election</u>. Include <u>all</u> mail ballots transmitted for this election, including duplicate transmissions. Next, divide the total number of mail ballots transmitted to voters (as reported in C1a) into the categories listed in C1b through C1f. Use C1g–C1i for any mail ballots that do not fit into the categories listed. The numbers entered in C1b through C1i should sum to the total provided in C1a.

| Category of Mail Ballots | Total |
|---|---|
| C1a. <u>TOTAL mail ballots transmitted</u>: <br><br>This number should include all mail ballots transmitted for the 2024 general election, including spoiled or replaced ballots or duplicate transmissions. *Do not include individuals who cast UOCAVA absentee ballots or individuals who used any form of in-person voting.* | |
| C1b. <u>Returned by voters</u>: <br><br>Include ballots both counted and rejected and mail ballots that went through the curing process (if applicable in your state). | |
| C1c. <u>Returned as undeliverable</u>: <br><br>Report the total number of transmitted ballots returned to your office as undeliverable. | |
| C1d. <u>Surrendered, spoiled, or replaced ballots</u> (also referred to as "voided" ballots): <br><br>Include mail ballots that voters surrendered at a polling place in order to vote in person, mail ballots that were incorrectly marked or impaired in some way, and mail ballots that were replaced with another ballot. | |
| C1e. <u>Mail voters who voted in person with a provisional ballot</u>: <br><br>Include mail ballots from voters who attempted to vote in person but did not have their mail ballot to surrender at the polls and who were given a provisional ballot. <br><br>If your state cannot distinguish these ballots from spoiled mail ballots in C1d, please note this in the C1 Comments box. | |
| C1f. <u>Unreturned mail ballots</u> (neither returned undeliverable, nor returned from the voter, nor replaced by another ballot): <br><br>Report the number of transmitted mail ballots that were not returned by voters or were not spoiled, returned undeliverable, or surrendered so the voter could vote in person. | |

| Category of Mail Ballots | Total |
|---|---|
| C1g. Other: _____ | |
| C1h. Other: _____ | |
| C1i. Other: _____ | |
| C1 Comments: | |

## C2. Ballots Sent to Permanent Mail Voters

For question C2a, report the total number of ballots that were transmitted to permanent mail voters in your jurisdiction.

For purposes of this question, permanent mail voters are defined as voters who have applied to be automatically sent a mail ballot for all elections. This should not include ballots transmitted by jurisdictions that conduct elections entirely by mail.

> This question applies if *any* voters in your jurisdiction can request to be a permanent mail voter. For example, in some states, if a voter is permanently ill or disabled, they can file an application indicating permanent illness or physical disability and receive a mail ballot for all subsequent elections without filing any additional mail ballot applications. In other states, any voter can apply for permanent mail voter status.

If your state does not allow any voters to have permanent mail voting status, answer "Does not apply" (or "-88") to question C2a and move to question C3.

| Permanent Mail Voters | Total |
|---|---|
| C2a. TOTAL number of mail ballots transmitted to voters on a permanent mail ballot voter registration list | |
| C2 Comments: | |

[Survey continues on next page]

## Mail Ballots Returned by Voters: Questions C3–C9

### C3–C5. Mail Ballot Drop Boxes

For question C3a, report the total number of drop boxes your jurisdiction used for the 2024 general election. In this question, each drop box should only be counted once.

> For purposes of the EAVS, a drop box is a locked container (located either indoors or outdoors) where voters (or voters' authorized representatives, if allowed by your state's law) may deliver their voted mail ballots for collection. Drop boxes are staffed or unstaffed and are operated or controlled by election officials. Drop boxes are separate from ballot boxes that are located at in-person polling places for voters to place their ballots immediately after voting in person.
>
> Early voting refers to voting that occurs before Election Day wherein voters complete ballots in person at an election office or other designated polling site under the supervision of election workers.

In questions C4 and C5, report the number of drop boxes used during Election Day (C4) and during early voting (C5). If a drop box was used for both early voting and Election Day, it should be reported in both C4 and C5. Because of this, the sum of C4a and C5a may not equal what you reported in C3a.

The total number of drop boxes used for each voting period should be reported in C4a and C5a, and in questions C4b–C4c and C5b–C5c, separate the totals reported in C4a and C5a into two categories:

- Drop boxes located at election offices
- Drop boxes located at non-election office sites

The total of C4b and C4c should sum to the number reported in C4a, and the total of C5b and C5c should sum to the number reported in C5a.

| Mail Ballot Drop Boxes | Total |
|---|---|
| C3a. TOTAL number of drop boxes used for the 2024 general election: <br><br> Each drop box should be counted only once in this question, regardless of the number of voting days it was used for. | |
| C3 Comments: | |

| Category of Drop Box | C4. Election Day voting | C5. Early voting |
|---|---|---|
| a. TOTAL drop boxes used during the specified voting period | | |
| b. Drop boxes located at election offices | | |
| c. Drop boxes located at non-election office sites | | |
| C4–C5 Comments: | | |

## C6. Total Number of Mail Ballots Returned via Drop Boxes

For question C6a, report the total number of mail ballots that voters returned via drop boxes. Include mail ballots both counted and rejected.

| Mail Ballots Returned via Drop Boxes | Total |
|---|---|
| C6a. <u>TOTAL number of mail ballots returned via drop boxes</u> | |
| C6 Comments: | |

## C7. Mail Ballot Curing

<u>For question C7a, report the total number of mail ballots that entered the cure process in your jurisdiction for the 2024 general election</u>, meaning the mail ballot could not be counted because its envelope had an error or the voter's returned ballot was missing required information and the voter who cast the ballot was invited to correct the error. Common reasons why a mail ballot may go through the cure process include the voter's signature on the mail ballot envelope was missing or did not match the signature on record, the mail ballot envelope was missing a witness signature (if required in your state), or the voter was required to include an affidavit or a copy of their identification but did not do so.

Then, in C7b report the number of ballots from C7a that were <u>successfully cured</u>, meaning that the voter supplied the missing information or corrected the error and the ballot was ultimately counted for the 2024 election. Then, in C7c report the number of ballots from C7a that <u>entered the cure process but were not successfully cured by the voter</u> and were ultimately rejected and not included in the vote totals for the 2024 general election. The numbers in C7b and C7c should sum to what is reported in C7a.

If your state does not allow voters to cure errors or missing information on their mail ballots, report "Does not apply" (or "-88") in C7a–C7c. If your state allows for mail ballot curing but does not track data on the number of mail ballots that underwent this process, report "Data not available" (or "-99") in C7a–C7c.

| Mail Ballot Curing | Total |
|---|---|
| C7a. <u>TOTAL number of mail ballots that entered the cure process:</u><br><br>Total number of mail ballots that were initially rejected for errors or missing information and the voter was invited to correct the error or supply the required information. | |
| C7b. <u>Total number of mail ballots that were successfully cured</u> | |
| C7c. <u>Total number of mail ballots that entered the curing process but were not successfully cured by the voter</u> | |
| C7 Comments: | |

### C8. Total Number of Mail Ballots Returned and Counted

For question C8a, report the total number of mail ballots returned by voters and counted.

| Mail Ballots Returned and Counted | Total |
|---|---|
| C8a. TOTAL number of mail ballots returned and counted:<br><br>Mail ballots that were returned by voters, processed, counted, and included in the canvas of election results. | |
| C8 Comments: | |

[Survey continues on next page]

## C9. Number of Mail Ballots Rejected by Reason They Were Rejected

For question C9a, provide the total number of mail ballots that were returned by voters and were rejected. Then, in questions C9b–C9q, divide the total as reported in C9a into the categories indicating the reason the mail ballots were rejected. Use options C9r–C9t for any ballots that cannot be placed in the categories given in C9b through C9q. The numbers reported in C9b through C9t should sum to the total number of ballots rejected in C9a.

| Category of Mail Ballots | Total |
|---|---|
| C9a. TOTAL number of mail ballots rejected | |
| C9b. Ballot was not received on time/missed the deadline. | |
| C9c. Ballot did not have a voter signature. | |
| C9d. Ballot did not have a witness signature. | |
| C9e. Ballot had a non-matching or incomplete signature. | |
| C9f. Ballot was returned in an unofficial envelope. | |
| C9g. Ballot was missing from the envelope. | |
| C9h. Ballot was not placed in a required secrecy envelope. | |
| C9i. Multiple ballots were returned in one envelope. | |
| C9j. Envelope was not sealed. | |
| C9k. Returned ballot did not have required postmark. | |
| C9l. No resident address was on the envelope. | |
| C9m. Voter was deceased. | |
| C9n. Voter already cast another ballot that was accepted (by mail or in person). | |
| C9o. Voter did not provide the required documentation (e.g., identification, affidavit, statement) or documentation was incomplete. | |
| C9p. Voter was not eligible to cast a ballot in the jurisdiction. | |
| C9q. No ballot application on record | |
| C9r. Other: _____ | |
| C9s. Other: _____ | |
| C9t. Other: _____ | |
| **C9 Comments:** | |

[Survey continues on next page]

## Section D: In-Person Polling Operations

The goal of Section D is to understand in-person polling operations in your jurisdiction.

This section of the EAVS asks for three types of data:

1. How many precincts did you have in your jurisdiction for the 2024 general election?
2. How many polling places—in total and for Election Day voting and in-person early voting—did your jurisdiction have for the 2024 general election?
3. How many poll workers—for Election Day voting and in-person early voting—did your jurisdiction have for the 2024 general election? What were the ages of those poll workers and how easy or difficult was it to recruit poll workers?

---

**Answer All Questions**

**Please provide an answer to all of the items in Section D.**

- **If the question is not applicable to your state or jurisdiction**, enter "Does not apply" (or "-88") as your response.
  - **Example:** If all early voting sites in your state must be located at an election office, then enter "Does not apply" (or "-88") as your response to D4b.

- **If the question is applicable to your state but your jurisdiction does not have the data necessary to answer the question**, enter "Data not available" (or "-99") as your response.
  - **Example:** If your state or jurisdiction does not track data on the ages of poll workers, then enter "Data not available" (or "-99") as your response to D7b–D7g.

---

## Precincts and Polling Places: Questions D1–D4

This section asks about polling places and precincts. First, report the number of precincts, and second, report the number of physical polling places.

### D1. Total Number of Precincts

For question D1a, report the total number of precincts in your jurisdiction for the November 2024 general election. For this question, a precinct is defined as the geographic area to which voters are assigned. It is an administrative division of a county or municipality to which voters have been assigned according to their residence address for voting in an election. Your jurisdiction might use the terms "ward" or "voting district" to describe a voting precinct.

| Precincts in Jurisdiction | Total |
|---|---|
| D1a. TOTAL number of precincts in your jurisdiction for the November 2024 general election | |
| D1 Comments: | |

### D2–D4. Number of Physical Polling Places (Election Day and Early Voting)

For question D2a, report the total number of physical polling places your jurisdiction used for the 2024 general election. In this question, each polling place should only be counted once.

> Remember that in-person absentee voting is considered early voting for the purposes of the EAVS.
>
> Early voting refers to voting that occurs before Election Day wherein voters complete ballots in person at an election office or other designated polling site under the supervision of election workers.

Next, in questions D3 and D4, report the total number of physical polling places in your jurisdiction for Election Day voting (D3) and for early voting (D4) for the November 2024 general election. If a polling place was used during both early voting and Election Day voting, it should be reported in both D3 and D4. Because of this, the sum of D3a and D4a may not equal what you reported in D2a.

For questions D3b–D3c and D4b–D4c, separate the number of Election Day polling locations and early voting polling places, respectively, into two categories:

- Physical polling places that are not a part of the election office (D3b and D4b)
- Polling places that are a part of the election office (D3c and D4c)

If your jurisdiction has two precincts in one location, such as a school gym, this is only one polling place (even if they are far apart in the gym). However, if your jurisdiction has a polling place at a school in the library and then has another polling place at the same school but in the gym, they should be considered two polling places. If your jurisdiction allows any individuals to cast a ballot in person at the local election office (such as through in-person absentee voting), please include these election offices in D3c and D4c.

| Total Polling Places | Total |
|---|---|
| D2a. TOTAL number of physical polling places used for the 2024 general election:<br><br>Each polling place should be counted only once in this question, regardless of the number of voting days it was used for. | |
| D2 Comments: | |

| Category of Polling Place | D3. Election Day voting | D4. Early voting |
|---|---|---|
| | | |
| b. Physical polling places other than election offices (e.g., libraries, schools, mobile voting location) | | |
| c. Election offices | | |
| D3–D4 Comments: | | |

## Poll Workers: Questions D5–D9

The EAVS asks about the poll workers who served in the 2024 general election. Your jurisdiction may use a different term for poll workers, such as election judges, booth workers, wardens, commissioners, or other similar terms.

> For the EAVS, "poll worker" refers to a person who verifies the identity of voters; assists voters with signing the register, affidavits, or other documents required to cast a ballot; assists voters by providing them with a ballot or setting up the voting machine for the voters; and serves other functions as dictated by state law.
>
> The count of poll workers should not include observers stationed at the polling places, regular office staff who did not serve poll worker functions during the election, or temporary election staff not hired specifically to serve voters in either early or Election Day voting. If regular election office staff served as poll workers, they should be counted in these questions.

### D5–D6. Election Day and Early Voting Poll Workers

For questions D5 and D6, report the total number of poll workers who served in your jurisdiction for Election Day voting and early voting for the November 2024 general election. For question D5, report the total number of poll workers who worked Election Day voting. For question D6, report the total number of poll workers who worked in-person early voting (counting each poll worker only once, regardless of the number of shifts they worked). If a poll worker worked as a poll worker for Election Day voting and as a poll worker during early voting, the poll worker should be counted both under the category of Election Day poll worker and the category of early voting poll worker.

| Number of Poll Workers | D5. Election Day voting | D6. Early voting |
|---|---|---|
| a. TOTAL number of poll workers | | |
| D5–D6 Comments: | | |

[Survey continues on next page]

### D7. Total Number of Poll Workers and Ages of the Poll Workers

<u>In question D7a, report the total number of poll workers who assisted your jurisdiction with voting for the November 2024 general election</u>. Each poll worker should be counted only once, regardless of the number of shifts they worked. If a poll worker assisted with both early voting and Election Day voting, they should be counted only once. Because of this, <u>the sum of D5a and D6a may not equal what you report in D7a</u>

If your jurisdiction has data on the ages of its poll workers (e.g., from voter registration records, payroll records, or poll worker applications), report the total number of poll workers in each age category in questions D7b–D7g. If your jurisdiction does not track data on any or all age categories, enter "Data not available" (or "-99") as your response to those questions. However, please still provide a response in D7a for the total number of poll workers.

| Age of Poll Workers | Total |
|---|---|
| D7a. <u>TOTAL number of poll workers:</u><br><br>Each poll worker should be counted only once in this question, regardless of the number of shifts they worked. | |
| D7b. <u>Under 18 years old</u> | |
| D7c. <u>18 to 25</u> | |
| D7d. <u>26 to 40</u> | |
| D7e. <u>41 to 60</u> | |
| D7f. <u>61 to 70</u> | |
| D7g. <u>71 years old and over</u> | |
| D7 Comments: | |

### D8. Ease of Recruiting Poll Workers

How difficult or easy was it for your jurisdiction to obtain a sufficient number of poll workers for the November 2024 general election? Please select one option. In addition, use the D8 Comments box to provide further information about your experience recruiting poll workers for this election.

- o   Very difficult
- o   Somewhat difficult
- o   Neither difficult nor easy
- o   Somewhat easy
- o   Very easy
- o   Not enough information to answer

| D8 Comments: |
|---|
| |

### D9. Number of New Poll Workers

How many poll workers in your jurisdiction served for the first time in the November 2024 general election?

| New Poll Workers | Total |
|---|---|
| D9a. <u>TOTAL number of poll workers who served for the first time in the 2024 general election:</u><br><br>Each poll worker should be counted only once in this question, regardless of the number of shifts they worked. | |
| **D9 Comments:** | |

[Survey continues on next page]

## Section E: Provisional Voting

The goal of Section E is to understand provisional voting in your jurisdiction. This section of the EAVS asks for three types of data:

1. How many individuals cast a provisional ballot in the 2024 general election, and how many of those ballots were counted and rejected?
2. What were the reasons the provisional ballots were cast?
3. What were the reasons the provisional ballots were rejected?

Two definitions will be helpful as you answer the questions in Section E:

Provisional voter: An individual who declares they are a registered voter in the jurisdiction where they desire to vote and is eligible to vote in an election for federal office, but (1) the voter's name does not appear on the official list of eligible voters for the polling place, or (2) an election official asserts that the individual is not eligible to vote.

Provisional ballot: A ballot used to record a vote when there is some question regarding the eligibility of the voter. Once voted, provisional ballots are kept separate from other ballots and are not tabulated until the eligibility of the voter is confirmed.

---

**Answer All Questions**

**Please provide an answer to all of the items in Section E.**

- **If the question is not applicable to your state or jurisdiction**, enter "Does not apply" (or "-88") as your response.
    - Example: If your state is NVRA-exempt and does not offer provisional ballots, then enter "Does not apply" (or "-88") as your response to all questions in Section E.
- **If the question is applicable to your state but your jurisdiction does not have the data necessary to answer the question**, enter "Data not available" (or "-99") as your response.
    - Example: If your state or jurisdiction does not track data on the reasons why provisional ballots were rejected, then enter "Data not available" (or "-99") as your response to E3b–E3m.

---

[Survey continues on next page]

## Provisional Ballots Cast: Questions E1–E2

### E1. Total Provisional Ballots Submitted and Their Adjudication

For question E1a, report the total number of voters who submitted provisional ballots in the November 2024 general election. Next, for questions E1b–E1e, divide the total number of voters who submitted provisional ballots (as reported in E1a) into the listed categories.

| Provisional Ballot Outcomes | Total |
|---|---|
| E1a. TOTAL number of voters who submitted provisional ballots: <br><br> The number of voters who submitted provisional ballots, regardless of whether or not the provisional ballot was ultimately counted in part or full. | |
| E1b. Provisional ballots that were counted in full | |
| E1c. Provisional ballots that were counted in part (e.g., only the items on the ballot for which the voter would have been eligible had they voted in the correct precinct) | |
| E1d. Provisional ballots that were rejected | |
| E1e. Other: _____ | |
| E1 Comments: | |

[Survey continues on next page]

## E2. Reasons for Casting Provisional Ballots

For question E2, report the total number of provisional ballots cast (as reported in E1a) according to the reason they were cast. The total of E2a through E2l should sum to the number you reported in E1a. Use items E2j through E2l to report provisional ballots that cannot be placed in any of the categories given in E2a through E2i.

| Reason Provisional Ballot Was Cast | Total |
|---|---|
| E2a. Voter did not appear on the list of eligible voters. | |
| E2b. Voter did not have proper identification (as defined by state law). | |
| E2c. Election official asserted that the voter was not eligible to vote. | |
| E2d. Another person (not an election official) challenged the voter's qualifications and poll workers were not able to resolve the challenge. | |
| E2e. Voter was not a resident of the precinct in which they were attempting to vote. | |
| E2f. Voter's registration was not updated with their current name or address. | |
| E2g. Voter was issued a mail ballot but did not surrender the ballot to poll workers when they came to vote in person. | |
| E2h. A federal or state judge extended the polling place hours for the election. | |
| E2i. Voter registered to vote on the same day they cast a ballot in person. | |
| E2j. Other: _____ | |
| E2k. Other: _____ | |
| E2l. Other: _____ | |
| E2 Comments: | |

[Survey continues on next page]

## Provisional Ballots Rejected: Question E3

### E3. Reasons for Provisional Ballot Rejections

For question E3a, report the total number of provisional ballots that were rejected (as reported in E1d). For questions E3b–E3m, divide the total number of provisional ballots that were rejected into the listed categories according to the reason the provisional ballots were rejected. The amounts should sum to the total provided in E3a.

If a provisional ballot was rejected for multiple reasons, please use the primary reason the provisional ballot was rejected, if possible, so that reasons for rejection (E3b through E3m) equal E3a. If provisional ballots were classified into more than one reason for rejection, please indicate the number of ballots that were classified into multiple categories in the E3 Comments box. Use items E3k through E3m for rejected provisional ballots that cannot be placed in any of the categories provided in E3b through E3j.

| Reason for Provisional Ballot Rejection | Total |
|---|---|
| E3a. TOTAL number of provisional ballots that were rejected | |
| E3b. Voter was not registered in the state. | |
| E3c. Voter was registered in the state but attempted to vote in the wrong jurisdiction. | |
| E3d. Voter was registered in the state but attempted to vote in the wrong precinct. | |
| E3e. Voter failed to provide sufficient identification. | |
| E3f. Envelope and/or ballot was incomplete and/or illegible. | |
| E3g. Ballot was missing from the envelope. | |
| E3h. Ballot did not have a signature. | |
| E3i. Ballot had a non-matching signature. | |
| E3j. Voter already voted. | |
| E3k. Other: _____ | |
| E3l. Other: _____ | |
| E3m. Other: _____ | |
| E3 Comments: | |

[Survey continues on next page]

## Section F: Voter Participation and Election Technologies

The goal of Section F is to understand how the voters in your jurisdiction participated in the 2024 general election and what election technologies were used to mark and tabulate ballots.

---

**Answer All Questions**

**Please provide an answer to all of the items in Section F.**

- If the question is not applicable to your state or jurisdiction, enter "Does not apply" (or "-88") as your response.
  - o Example: If your state is NVRA-exempt and does not offer provisional ballots, enter "Does not apply" (or "-88") as your response to question F1e.
- If the question is applicable to your state but your jurisdiction does not have the data necessary to answer the question, enter "Data not available" (or "-99") as your response.
  - o Example: If your state uses ballot marking devices but does not track data on the number of these machines that were deployed, enter "Data not available" (or "-99") as your response to F5c.

---

### Participation in the 2024 General Election: Questions F1–F2

Questions F1 and F2 ask about the total number of voters who cast a ballot that was counted in the 2024 general election and the source of the reported participation data. Your responses to these questions should include all voters whose ballots were counted, regardless of vote mode, in the election. Include all voters (e.g., both civilian and military voters) and all types of ballots (e.g., in person, mail, provisional).

---

Remember that in-person absentee voting is considered early voting for the purposes of the EAVS. All individuals who cast their ballots through early voting (as defined by your state in Q33 of the 2024 Policy Survey) should be reported in F1f.

---

[Survey continues on next page]

### F1. Total Participation in the 2024 General Election

For question F1, please provide the total number of voters who cast a ballot that was counted in the 2024 general election by mode of voting. Although other items in the survey have reported some of this data, <u>only voters whose ballots were counted should be reported in this set of questions</u>.

| Type of Participants | Total |
|---|---|
| F1a. <u>TOTAL number of voters who cast a ballot that was counted</u>:<br><br>All voters who voted in the 2024 general election, including all categories of voters listed below. | |
| F1b. <u>Voters who cast a ballot at a physical polling place on Election Day and whose ballot was counted</u>:<br><br>All voters who cast a ballot in person on Election Day, not including provisional ballots or mail ballots dropped off at the polls. | |
| F1c. <u>UOCAVA voters who cast a ballot via absentee ballot or FWAB and whose ballot was counted</u>:<br><br>All voters who are covered by the Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA) and who used either a transmitted absentee ballot or a Federal Write-In Absentee Ballot (FWAB). | |
| F1d. <u>Voters who cast a mail ballot and whose ballot was counted</u>:<br><br>All voters who voted using a mail ballot. This should <u>not</u> include voters whose jurisdictions conduct elections by mail (i.e., automatically sends mail ballots to every registered voter or every active registered voter); *those voters are reported in F1g. States and jurisdictions that conducted this election entirely by mail should report 0 in F1d.* | |
| F1e. <u>Voters who cast a provisional ballot and whose ballot was counted</u>:<br><br>All voters who cast a provisional ballot that was counted, either partially or in full. | |
| F1f. <u>Voters who cast a ballot at an in-person early voting location and whose ballot was counted:</u><br><br>All voters who participated in the 2024 general election in person before Election Day. This includes in-person early voting or in-person absentee voting. | |
| F1g. <u>Voters who cast a mail ballot in a jurisdiction that conducts elections by mail and whose ballot was counted</u>:<br><br>All voters who cast ballots in a jurisdiction that automatically sends mail ballots to every registered voter or every active registered voter. This should <u>not</u> include voters who used a mail ballot in jurisdictions that do not conduct elections by mail; *those voters are reported in F1d. States and jurisdictions that did not conduct this election entirely by mail should report "Does not apply" (or "-88") in F1g.* | |
| F1h. <u>Other</u>: _____ | |
| F1 Comments:<br><br> | |

## F2. Source of Data for Total Participation in the 2024 General Election

For question F2, indicate the source(s) used to compile the data for the total number of participants in the 2024 general election in question F1. (Select all that apply.)

☐ <u>Poll books and number of mail and/or provisional participants</u>: Number of voters checked off by poll workers or who signed poll books at physical polling places plus the number of UOCAVA and other mail or early voters.

☐ <u>Number of ballots counted</u>: Participation is based on the number of ballots counted at precincts and/or at a central location (including UOCAVA and other mail or early voting ballots).

☐ <u>Vote history</u>: Participation is based on the number of voters generated after the "vote history" has been added.

☐ <u>Votes cast</u>: Participation is based on the number of votes cast for the highest office on the ballot.

☐ <u>Other (please specify)</u>: _____

| F2 Comments: |
|---|
|  |

[Survey continues on next page]

## Election Technologies: Questions F3–F10

There are a variety of technologies and resources that assist voters in casting their ballots and with checking in voters at in-person voting sites. The EAVS asks jurisdictions to report information about the voting equipment used to mark and/or tabulate ballots, about the use of electronic poll books (e-poll books) and paper poll books to assist with checking voters in at polling places, and about voter registration systems to automate the process of voter registration and secure voter information. Providing the best data will give the EAC the most complete picture possible of the technology that supported the 2024 general election.

### F3–F8. Election Equipment Used

For questions F3–F8, report the number and type of equipment used for each aspect of the election process in the November 2024 general election. Report the following information:

- Equipment type—please note whether your jurisdiction uses:
    - Direct-recording electronic (DRE) equipment, not equipped with a voter-verified paper audit trail (VVPAT)
    - Direct-recording electronic (DRE) equipment, equipped with a voter-verified paper audit trail (VVPAT)
    - Electronic system that produces a paper record but does not tabulate votes (often referred to as a "ballot marking device")
    - Scanner (optical or digital) that tabulates paper records that voters mark by hand or via a ballot marking device
    - Hand-counted paper ballots (not an optical or digital scan system)
    - E-poll book—a type of hardware, software, or a combination of both—that is used in place of a traditional paper poll book that lists all registered voters. These are not voting machines and are not used in the process of voting.
- Make and model of the voting equipment used (e.g., the ES&S ExpressVote® or the Dominion ImageCast® Evolution [ICE]). There is space provided to list up to three makes and models for each equipment type.
- The number of these machines that were deployed to assist with voting during the November 2024 general election. Machines that were not deployed in a polling location or used to tabulate ballots should not be included in these questions.
- Type(s) of voting this equipment or counting method supported—for each of the following types of voting, indicate whether the equipment type was used to support it (meaning that voters used the equipment to mark their ballots or election workers used the equipment or counting method to tabulate ballots):
    - In-precinct Election Day regular ballot marking and/or counting
    - In-precinct accessible voting for voters with disabilities
    - Provisional ballot marking and/or counting
    - In-person early voting ballot marking and/or counting (includes any voting that occurs before Election Day wherein voters complete ballots in person at an election office or other designated polling site under the supervision of election workers)
    - Mail ballot counting

In the F3–F8 Comments box, provide any comments about the nuances of your jurisdiction's use of its voting equipment, or record information about additional voting equipment that was used.

[Survey continues on next page]

| Election Equipment Type | a. In use in your jurisdiction | b. Make/Model | c. Number deployed | d. Type(s) of voting this equipment/counting method supported (Select all that apply.) |
|---|---|---|---|---|
| F3. DRE machines without VVPAT | ○ Yes<br>○ No | | | ☐ In-precinct Election Day regular ballot marking and/or counting (used by all voters)<br>☐ In-precinct accessible voting primarily for voters with disabilities<br>☐ Provisional ballot marking and/or counting<br>☐ In-person early voting ballot marking and/or counting |
| F4. DRE machines with VVPAT | ○ Yes<br>○ No | | | ☐ In-precinct Election Day regular ballot marking and/or counting (used by all voters)<br>☐ In-precinct accessible voting primarily for voters with disabilities<br>☐ Provisional ballot marking and/or counting<br>☐ In-person early voting ballot marking and/or counting |
| F5. Ballot marking devices | ○ Yes<br>○ No | | | ☐ In-precinct Election Day regular ballot marking and/or counting (used by all voters)<br>☐ In-precinct accessible voting primarily for voters with disabilities<br>☐ Provisional ballot marking and/or counting<br>☐ In-person early voting ballot marking and/or counting<br>☐ Mail ballot counting |

| Election Equipment Type | a. In use in your jurisdiction | b. Make/Model | c. Number deployed | d. Type(s) of voting this equipment/counting method supported (Select all that apply.) |
|---|---|---|---|---|
| F6. Scanners | ○ Yes<br>○ No | | | ☐ In-precinct Election Day regular ballot marking and/or counting (used by all voters)<br>☐ In-precinct accessible voting primarily for voters with disabilities<br>☐ Provisional ballot marking and/or counting<br>☐ In-person early voting ballot marking and/or counting<br>☐ Mail ballot counting |
| F7. No equipment (hand count) | ○ Yes<br>○ No | ███████████ | | ☐ In-precinct Election Day regular ballot marking and/or counting (used by all voters)<br>☐ In-precinct accessible voting primarily for voters with disabilities<br>☐ Provisional ballot marking and/or counting<br>☐ In-person early voting ballot marking and/or counting<br>☐ Mail ballot counting |
| F8. E-poll books | ○ Yes<br>○ No | | | ███████████ |

| Election Equipment Type | a. In use in your jurisdiction | b. Make/Model | c. Number deployed | d. Type(s) of voting this equipment/counting method supported (Select all that apply.) |
|---|---|---|---|---|
| **F3–F8 Comments:** | | | | |

[Survey continues on next page]

## F9–F10. Use of Electronic and Paper Poll Books

For questions F9 and F10, indicate whether your jurisdiction used e-poll books/electronic lists of voters or traditional printed, paper poll books in polling places in the November 2024 general election for the listed activities. Completely vote-by-mail jurisdictions that have no in-person voting options should answer "No" to all items.

For items a–e below, indicate whether your jurisdiction used e-poll books or traditional paper poll books at polling places for the following functions in the November 2024 general election. Item f only applies to e-poll books. Item g may be used if e-poll books or paper poll books are used for another purpose that is not listed in items a–f; otherwise, respond "No."

| Use of Poll Books | F9. Electronic poll books (e-poll books) | F10. Paper poll books |
|---|---|---|
| a. Sign voters in | o  Yes<br>o  No | o  Yes<br>o  No |
| b. Update voter history | o  Yes<br>o  No | o  Yes<br>o  No |
| c. Look up polling places | o  Yes<br>o  No | o  Yes<br>o  No |
| d. Assist with same-day registration | o  Yes<br>o  No | o  Yes<br>o  No |
| e. Check voter's mail ballot status | o  Yes<br>o  No | o  Yes<br>o  No |
| f. Encode BMD cards during early voting | o  Yes<br>o  No | ■■■■■■■■■ |
| g. Other: _____ | o  Yes<br>o  No | o  Yes<br>o  No |
| **F9–F10 Comments:** | | |

[Survey continues on next page]

## Voter Registration Systems: Question F11

Voter registration systems (VRS) are a combination of hardware, software, or firmware and materials and documentation used to streamline the process of voter registration and to secure voter information in a county, state, or election jurisdiction by election administrators. Voter registration systems are connected to a private network, administered through state or local jurisdictions, and hold the capability of administrative functions to aid in the voting process on Election Day. In some jurisdictions, VRSs may be interoperable with e-poll books, election night reporting systems, and/or election management systems. Voter registration systems are designed by either private sector manufacturers or in-house jurisdictions and are managed by manufacturers and jurisdictions based on high-level standards of cybersecurity and data infrastructure maintenance.

Question F11 collects data on the VRSs used by your jurisdiction to assist with administering the November 2024 general election.

### F11. Use of Voter Registration Systems

For F11a, provide the number of VRSs deployed at voting sites (such as polling places or vote centers) to assist with the November 2024 general election. If this number is not known, report "Data not available" (or "-99") in F11a.

In F11b, provide information on up to three makes, models, and versions of VRSs deployed (as reported in F11a). If this information is not known, report "Data not available" (or "-99") in F11b.

| a. Number of VRSs deployed off site to assist with voting for the November 2024 general election | b. Make, model, and version (if known) of VRS used |
|---|---|
| (Note: VRSs that were not deployed in a polling location should not be included.)<br><br><br>_____ (enter a number; if 0, proceed to question F12) | |
| | |
| | |

[Survey continues on next page]

## Location of Vote Tally: Question F12

### F12. Location Where Votes Were Tallied

For each of the following uses of your jurisdiction's voting equipment, report where the votes were tallied for the November 2024 general election.

| Location of Vote Tally for: | Please Select One |
|---|---|
| F12a. <u>Ballots cast in person on Election Day</u> | o   Central location<br>o   Precinct or polling location<br>o   Both central and precinct location<br>o   Does not apply<br>o   Data not available |
| F12b. <u>Ballots cast on accessible equipment for voters with disabilities</u> | o   Central location<br>o   Precinct or polling location<br>o   Both central and precinct location<br>o   Does not apply<br>o   Data not available |
| F12c. <u>Provisional ballots</u> | o   Central location<br>o   Precinct or polling location<br>o   Both central and precinct location<br>o   Does not apply<br>o   Data not available |
| F12d. <u>Ballots cast in person before Election Day</u> | o   Central location<br>o   Precinct or polling location<br>o   Both central and precinct location<br>o   Does not apply<br>o   Data not available |
| F12e. <u>Mail ballots</u> | o   Central location<br>o   Precinct or polling location<br>o   Both central and precinct location<br>o   Does not apply<br>o   Data not available |
| **F12 Comments:** | |

[Survey continues on next page]

## F13. General Comments

The EAC welcomes any general comments that the representatives of your jurisdiction may wish to share regarding the experiences in administering the November 2024 general election, such as problems with voting system anomalies,* recounts, staffing, challenges to eligibility, long lines, or noteworthy successes or challenges overcome. Use as much space as you need. Please feel free to attach additional pages as necessary.

*An anomaly is an irregular or inconsistent action or response from the voting system or system component, resulting in some disruption to the election process. Incidents resulting from administrator error or procedural deficiencies are not considered anomalies for purposes of this survey question (see the EAC Voting Systems Testing and Certification Program Manual).

| F13 Comments: |
| --- |
|  |

END OF SURVEY

THANK YOU FOR RESPONDING TO THIS SURVEY

This information collection is required for the U.S. Election Assistance Commission (EAC) to meet its statutory requirements under the Help America Vote Act (HAVA) of 2002 (52 U.S.C. 20901), the National Voter Registration Act (NVRA; 52 U.S.C. 20502 et seq.), and the Uniformed and Overseas Citizens Absentee Voters Act (UOCAVA; 52 U.S.C. 20302). Respondent's obligation to reply to this information collection is mandatory as required under NVRA (52 U.S.C. 20502 et seq.) and UOCAVA (52 U.S.C. 20302); respondents include the 50 states, the District of Columbia, and the U.S. territories. This information will be made publicly available on the EAC website (https://www.eac.gov). According to the Paperwork Reduction Act of 1994, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid Office of Management and Budget (OMB) control number. The valid OMB control number for this information collection is OMB Control No. 3265-0006 (expires 04/30/2027). The annualized time required to complete this information collection is estimated to average 90 hours per state response. This estimate includes the time for reviewing the instructions, gathering information, and completing the form. Comments regarding this burden estimate should be sent to the U.S. Election Assistance Commission: 2024 Election Administration and Voting Survey, 633 3rd Street NW, Suite 200, Washington, DC 20001.

Stephen Joncus, #013075
JONCUS LAW P.C.
13203 SE 172nd Ave Ste 166 #344
Happy Valley, Oregon 97086
(917) 236-1200
steve@joncus.net

Robert D. Popper*
Eric W. Lee*
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
rpopper@judicialwatch.org

*Attorney for Plaintiffs*

\*admitted *pro hac vice*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION**

|  |  |
|---|---|
| JUDICIAL WATCH, INC.; CONSTITUTION PARTY OF OREGON; SUNI DANFORTH; and HANNAH SHIPMAN,<br><br>        Plaintiffs,<br><br>v.<br><br>LAVONNE GRIFFIN-VALADE, in her official capacity as the Oregon Secretary of State; and THE STATE OF OREGON,<br><br>        Defendants. | Civil Action No. 6: 24-cv-1783-MC |

**STIPULATED ORDER DISMISSING CASE AND
RETAINING JURISDICTION TO ENFORCE SETTLEMENT**

**Exhibit 1**

**WHEREAS**, the parties to this action have concluded a settlement agreement, which is annexed hereto as an exhibit,

**IT IS THEREFORE STIPULATED AND AGREED THAT** this action is hereby dismissed with prejudice, with each party bearing its own costs and fees; and

**IT IS FURTHER STIPULATED AND AGREED THAT** the Court should, and upon its signature below does, retain and reserve its jurisdiction over this action for the purpose of enforcing the settlement agreement.

**IT IS SO STIPULATED:**

Dated: March 31, 2026

*/s/ Robert D. Popper*
Robert D. Popper
*Attorney for Plaintiffs*

Dated: March 31, 2026

*/s/ Thomas H. Castelli*
Thomas H. Castelli
*Attorney for Defendants*

**IT IS SO ORDERED:**

Dated: _____

_____
U.S.D.J.