IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

|  |  |
|---|---|
| JUDICIAL WATCH, INC.; the CONSTITUTION PARTY OF OREGON; SUNI DANFORTH; and HANNAH SHIPMAN, | Case No. 6:24-cv-01783-MC |
|  | JUDGMENT OF DISMISSAL |
| Plaintiffs, |  |
| v. |  |
| STATE OF OREGON and TOBIAS READ, *in his official capacity as the Oregon Secretary of State*; |  |
| Defendants. |  |

MCSHANE, Judge:

Based on the record, Plaintiffs' claims are **DISMISSED** with prejudice and without attorney fees or costs to any party. It is further stipulated that this Court retains jurisdiction to enforce the settlement agreement, as required.

IT IS SO ORDERED.

DATED this 1st day of May 2026.

_____s/Michael J. McShane_____
Michael McShane
United States District Judge